IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM HAVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-780C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day extension of time, to and including April 21, 2008, to respond to the complaint filed by plaintiff, William Havens. Our response to the complaint currently is due on March 7, 2008. We have made one previous request for an enlargement of 60 days for this purpose. Counsel for the parties have discussed this motion and its request for relief, and plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement is necessary because counsel for Mr. Havens had planned to file an amended complaint on or before February 6, 2008, but has not yet done so. Counsel for Mr. Havens has advised that he plans to file an amended complaint on or before March 21, 2008. Given that an amendment is contemplated by plaintiff, the requested extension of our response date will promote orderly case management and avoid the unnecessary expenditure of resources by the parties and the Court. Moreover, we anticipate requiring 30 days to review the amended complaint, investigate the allegations and claims asserted, confer and coordinate with agency counsel, and respond appropriately by answer or motion. Accordingly, we respectfully request a

45-day enlargement of time, to and including April 21, 2008, to respond to the complaint, or any amended pleading, filed by plaintiff.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a 45-day enlargement of time, to and including April 21, 2008, for the United States to respond to the complaint or any amended complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades
REGINALD T. BLADES, JR.
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

Attorneys for Defendant

OF COUNSEL

STEPHEN C. REYES
Lieutenant
Judge Advocate General's Corps
United States Navy
Office of the Judge Advocate General
General Litigation Division (Code 14)
1322 Patterson Avenue, S.E., Suite 3000
Washington Navy Yard, D.C. 20374-5066

February 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, a copy of foregoing “DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick