IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM HAVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-780C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day extension of time, to and including May 5, 2008, to respond to the amended complaint filed by plaintiff, William Havens. Our response to the amended complaint currently is due on April 14, 2008. We previously requested two extensions of time to allow the plaintiff time to file the amended complaint, and this is our first request for an enlargement of time since the plaintiff filed the amended complaint. Counsel for the parties have discussed this motion and its request for relief, and plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement is necessary because defendant's counsel has been out of the office to perform family responsibilities associated with the birth of a child. We anticipate that the additional 21 days will provide sufficient time for defendant to review the amended complaint, to investigate the allegations and claims asserted, to confer and to coordinate with agency counsel, and to respond appropriately by answer or motion. Accordingly, we respectfully request a 21-day enlargement of time, to and including May 5, 2008, to respond to the amended complaint.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a 21-day enlargement of time, to and including May 5, 2008, for the United States to respond to the amended complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

Attorneys for Defendant

OF COUNSEL

STEPHEN C. REYES
Lieutenant
Judge Advocate General's Corps
United States Navy
Office of the Judge Advocate General
General Litigation Division (Code 14)
1322 Patterson Avenue, S.E., Suite 3000
Washington Navy Yard, D.C. 20374-5066

April 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick