IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM HAVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-780C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE THAT, pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, is filing the following documents: (1) the Affidavit of W. Dean Pfeiffer certifying the contents of the administrative record; and (2) the administrative record in electronic format. Furthermore, a courtesy paper copy of the administrative record will be delivered to chambers pursuant to the Court's Special Procedures Order (revised August 14, 2007).

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

Attorneys for Defendant

OF COUNSEL

STEPHEN C. REYES
Lieutenant
Judge Advocate General's Corps
United States Navy
Office of the Judge Advocate General
General Litigation Division (Code 14)
1322 Patterson Avenue, S.E., Suite 3000
Washington Navy Yard, D.C. 20374-5066

May 5, 2008

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a copy of foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick