disability evaluation sy[illegible]n in 1996 because your fitness for du[illegible]was not in question. The recent determination that you are not physically qualified (NPQ) for service in the Naval Reserve has no bearing on the issue of your fitness duty in 1996. The NPQ finding was perplexing to the Board, given your statement that there have been no changes in any of the conditions in question since your release from active duty.

In view of the foregoing, your application has been denied. The names and votes of the members of the panel will be furnished upon request.

It is regretted that the circumstances of your case are such that favorable action cannot be taken. You are entitled to have the Board reconsider its decision upon submission of new and material evidence or other matter not previously considered by the Board. In this regard, it is important to keep in mind that a presumption of regularity attaches to all official records. Consequently, when applying for a correction of an official naval record, the burden is on the applicant to demonstrate the existence of probable material error or injustice.

Sincerely,

W. DEAN PFEIFFER
Executive Director

MEMORANDUM TO FILE

Docket No. 07277-99

Examiner: JRE Branch/Status 2 -USNR

Subj: Ex-CDR Havens, William R.,

Personal appearance requested: NO Reconsideration: NO

Action Requested: 38

In addition to Petitioner's application (DD-149) with any attachments and any related correspondence, the Board considered the following records:

- ☐ Enlisted/Officer Service Record
- ☐ Examiner's Case Summary
- ☐ NDRB File ☐ Record of Court-Martial
- ☐ Medical Record ☐ VA Records ☐ PEB Record
- ☐ Advisory Opinion
- ☐ Other: ____________________

Messrs. CARON MICNEY

Ms. LOBCIANC

voted on 8 JUN 0 to:

7277-99

☐ Grant personal appearance

☐ Partial relief

☑ Deny

☐ Minority Vote: Mr/Ms____________________ voted To ____________________

Comments:____________________

☐ That Petitioner's naval record be corrected to show that on ----/--/-- /or____________________.

Petitioner was issued a honorable/general discharge by reason of misconduct/or ____________________, vice the discharge actually issued on that date.

From: CDR Willi R. Havens, USNR,
To: Board for Correction of Naval Records

Subj: Request for Reversal of Separation

Ref: (a) Manual of the Medical Department (MANMED)
(b) Navy Military Personnel Manual (MILPERS)

Encl: (1) Medical record for CDR William R. Havens, USNR. '15
(2) Department of Veterans Affairs ltr dtd 24 Sep 1997 serial 343/211/ty

1. Request my separation for twice failure of selection (FOS) to next higher paygrade be reversed. This is requested as I was not provided a medical board during the year prior to or at my separation due to several ongoing physical conditions as per references (a) and (b) and an unresolved undiagnosed illness per reference (b).

2. My medical record provided as enclosure (1) documents regarding ongoing medical conditions that required a convening of a medical board per reference (a). Under article 18-5, a medical board is required for the following:

- Paragraph 1(a) --- A member has a condition which may permanently interfere with his ability to fulfill the purpose of service on active duty.

- Paragraph 1(e) --- A member's condition requires permanent assignment limitations, i.e. specific geographic assignment, etc.

- Paragraph 1(f) --- The member suffers significant illness or injury which may impact on future service, even though the member may now appear to be physically qualified for full duty.

3. Specifically, enclosure (1) and enclosure (2) documented psoriatic arthritis, psoriasis with onychomyosis, and an undiagnosed illness. Each of these conditions by themselves required a medical board. I declined early retirement pay under FOS and opted for a severance pay because of the reduce level of retirement pay associated with FOS. The difference between disability retirement and retirement under FOS is significant. The difference was such, I would have chosen disability had I been offered the choice.

4. Furthermore, having an undiagnosed illness; I should have been referred for further examination and disposition prior to/separation as required under article 3640474 of reference (b). My condition has not improved and this undiagnosed illness should have been resolved prior to separation.

Sincerely,

William R. Havens

William R. Havens

June 7, 2000

From: CDR William Havens, USNR, /1115
To: Board for Correction of Naval Records

Subj: Docket Number 727799 assigned my org ltr dtd 11 Nov 1999

Ref: (a) Manual of the Medical Department (MANMED)

Encl: (1) Page 13 placing me in an Not Physically Qualified (NPQ) status dtd 31 May 2000

(2) Naval Air Reserve Center San Jose, California ltr ser N5/201 dtd 02 June 2000

1. Having taken a new civilian job position in Sunnyvale (home of record is the same), I transferred to a new reserve center. I drill the month of May 2000 prior to my medical record being received at the new Rescen. On receiving and reviewing my medical record the center's medical department immediately placed me an NPQ status, enclosure (1), while my ability to be retained in the Naval Reserve is determined. At my request the center issued a letter stating the exact reason for my NPQ status as being the medical condition of Psoriatic Arthritis.

2. This medical condition as well as my other medical conditions disqualifies me for retention in the Naval Reserve as well as having a 40% service connected disability. These medical conditions are the same as when I left active duty, having not improved or deteriorated. Since these conditions limit my ability to serve in a Reserve Status then why was I allowed to be discharged from active duty after 16 years of service with these conditions?

3. I have no broken service between active duty and my being gained into the Naval Reserve. These medical conditions were diagnosed and treated while on active duty as stated in my original letter to Board for Correction of Naval Records requesting the convening of a medical board.

4. I speculate, knowing I would be discharged during 1996 during the same time the closing of Medical Clinic Treasure Island and Oakknoll Naval Hospital. With the associated reduction of manning due to closure, a medical board was viewed as an administrative burden not being required, since I was being discharge as twice failing to promote.

5. I request an active duty medical review board be convened.

Sincerely,

William R. Havens

William R. Havens

JUN 5 2000

00158

ADMINSTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 1-76)
S/N 0106-LF-010-6990

E-32
See BUPERSMAN 50300420

Ship or Station
NAVAL AND MARINE CORPS RESERVE CENTER, SAN JOSE, CA.

MBR INITIAL

I hereby acknowledge that I have been counseled concerning my assignment to VTU NPQ UNIT. I further acknowledge that:

WH a. I am obligated to provide a status report concerning my physical condition at least every thirty days or as significant changes occur.

WH b. I may not drill with other units of the Naval Reserve.

WH c. I cannot perform Annual Training (AT), or Inactive Duty Training Travel (IDTT).

WH d. I may accrue retirement points through completion of correspondence courses per BUPERSINST 1001.39B.

WRH e. My assignment to VTU NPQ UNIT is a non-pay assignment, and as such, I am not entitled to any monetary allowances or reimbursements for expenses incurred while assigned to this unit.

WRH f. If assigned to the VTU NPQ UNIT for a period in excess of twelve months, I will have broken service for advancement purposes and will have my date of rate reestablished as of the day I return to drill pay status per BUPERSINST 1420.16D.

WRH g. If assigned to the VTU NPQ UNIT for a period in excess of one hundred and twenty days, my entitlement to the Servicemen's Group Life Insurance (SGLI) will lapse per BUPERSINST 1001.39B. Additional information can be obtained by writing to: SGLI 212 Washington Street, Newark, N.J. 07102-9990, or by calling: (201) 877-7676.

| Name (Last, First, MI) | SSN | Branch and Class |
|---|---|---|
| HAVENS, WILLIAM R | | USNR |

*G.P.O.: 1981-789-014/5027

13 ___

00159

ADMINSTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 1-76)
S/N 0106-LF-010-6990

E-32
See BUPERSMAN 50300420

Ship or Station
NAVAL AND MARINE CORPS RESERVE CENTER, SAN JOSE, CA.

| MBR INITIAL | I hereby acknowledge that I have been counseled concerning my assignment to VTU NPQ UNIT. I further acknowledge that: |
|---|---|
| WR | a. I am obligated to provide a status report concerning my physical condition at least every thirty days or as significant changes occur. |
| WH | b. I may not drill with other units of the Naval Reserve. |
| WH | c. I cannot perform Annual Training (AT), or Inactive Duty Training Travel (IDTT). |
| WRH | d. I may accrue retirement points through completion of correspondence courses per BUPERSINST 1001.39B. |
| WRH | e. My assignment to VTU NPQ UNIT is a non-pay assignment, and as such, I am not entitled to any monetary allowances or reimbursements for expenses incurred while assigned to this unit. |
| WRH | f. If assigned to the VTU NPQ UNIT for a period in excess of twelve months, I will have broken service for advancement purposes and will have my date of rate reestablished as of the day I return to drill pay status per BUPERSINST 1420.16D. |
| WRH | g. If assigned to the VTU NPQ UNIT for a period in excess of one hundred and twenty days, my entitlement to the Servicemen's Group Life Insurance (SGLI) will lapse per BUPERSINST 1001.39B. Additional information can be obtained by writing to: SGLI 212 Washington Street, Newark, N.J. 07102-9990, or by calling: (201) 877-7676. |

| Name (Last, First, MI) | SSN | Branch and Class |
|---|---|---|
| HAVENS, WILLIAM R | | USNR |

*G.P.O.: 1981-789-014/5027

13

00160

DEPARTMENT OF THE NAVY
NAVAL AND MARINE CORPS RESERVE CENTER
995 E. MISSION STREET
SAN JOSE, CALIFORNIA 95112-1699

IN REPLY REFER TO:

6120
Ser N5/201
JUN 0 2 2000

From: Commanding Officer, Naval Air Reserve Center San Jose
To: CDR William Havens, USNR-R, /1115

Subj: DETERMINATION OF PHYSICAL FITNESS

Ref: (a) NAVMED P-117
(b) NPQ Page 13
(c) BUPERSINST 1001.39B
(d) COMNAVRESFORINST 1001.5B

1. Per reference (a), you have been placed in a not physically qualified (NPQ) status because of PSORIATIC ARTHRITIS.

2. References (b) and (c) require a periodic report of your physical condition. Request you provide the Medical Department with a summary of treatment and prognosis from your attending physician.

3. Point of contact is HM2 Falvey at (408) 294-3070 x52

J. F. LOWDER

ovember 11, 1999

From: CDR William R. Havens, USNR, /1115
To: Board for Correction of Naval Records

Subj: Request for Reversal of Separation

Ref: (a) Manual of the Medical Department (MANMED)
(b) Navy Military Personnel Manual (MILPERS)

Encl: (1) Medical record for CDR William R. Havens, USNR, 1115
(2) Department of Veterans Affairs ltr dtd 24 Sep 1997 serial 343/211/ty

1. Request my separation for twice failure of selection (FOS) to next higher paygrade be reversed. This is requested as I was not provided a medical board during the year prior to or at my separation due to several ongoing physical conditions as per references (a) and (b) and an unresolved undiagnosed illness per reference (b).

2. My medical record provided as enclosure (1) documents regarding ongoing medical conditions that required a convening of a medical board per reference (a). Under article 18-5, a medical board is required for the following:

- Paragraph 1(a) --- A member has a condition which may permanently interfere with his ability to fulfill the purpose of service on active duty.

- Paragraph 1(e) --- A member's condition requires permanent assignment limitations, i.e. specific geographic assignment, etc.

- Paragraph 1(f) --- The member suffers significant illness or injury which may impact on future service, even though the member may now appear to be physically qualified for full duty.

3. Specifically, enclosure (1) and enclosure (2) documented psoriatic arthritis, psoriasis with onychomyosis, and an undiagnosed illness. Each of these conditions by themselves required a medical board. I declined early retirement pay under FOS and opted for a severance pay because of the reduce level of retirement pay associated with FOS. The difference between disability retirement and retirement under FOS is significant. The difference was such, I would have chosen disability had I been offered the choice.

4. Furthermore, having an undiagnosed illness, I should have been referred for further examination and disposition prior to separation as required under article 3640474 of reference (b). My condition has not improved and this undiagnosed illness should have been resolved prior to separation.

Sincerely,

William R. Havens

William R. Havens

00182

June 7, 2000

From: CDR William R. Havens, USNR, 1115
To: Board for Correction of Naval Records

Subj: Docket Number 727799 assigned my org ltr dtd 11 Nov 1999

Ref: (a) Manual of the Medical Department (MANMED)

Encl: (1) Page 13 placing me in an Not Physically Qualified (NPQ) status dtd 31 May 2000
(2) Naval Air Reserve Center San Jose, California ltr ser N5/201 dtd 02 June 2000

1. Having taken a new civilian job position in Sunnyvale (home of record is the same), I transferred to a new reserve center. I drill the month of May 2000 prior to my medical record being received at the new Rescen. On receiving and reviewing my medical record the center's medical department immediately placed me an NPQ status, enclosure (1), while my ability to be retained in the Naval Reserve is determined. At my request the center issued a letter stating the exact reason for my NPQ status as being the medical condition of Psoriatic Arthritis.

2. This medical condition as well as my other medical conditions disqualifies me for retention in the Naval Reserve as well as having a 40% service connected disability. These medical conditions are the same as when I left active duty, having not improved or deteriorated. Since these conditions limit my ability to serve in a Reserve Status then why was I allowed to be discharged from active duty after 16 years of service with these conditions?

3. I have no broken service between active duty and my being gained into the Naval Reserve. These medical conditions were diagnosed and treated while on active duty as stated in my original letter to Board for Correction of Naval Records requesting the convening of a medical board.

4. I speculate, knowing I would be discharged during 1996 during the same time the closing of Medical Clinic Treasure Island and Oakknoll Naval Hospital. With the associated reduction of manning due to closure, a medical board was viewed as an administrative burden not being required, since I was being discharge as twice failing to promote.

5. I request an active duty medical review board be convened.

Sincerely,

William R. Havens

William R. Havens

JUN 5 2000

00163

ADMINSTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 1-76)
S/N 0106-LF-010-6990

E-32
See BUPERSMAN 50300420

Ship or Station
NAVAL AND MARINE CORPS RESERVE CENTER, SAN JOSE, CA.

| MBR INITIAL | I hereby acknowledge that I have been counseled concerning my assignment to VTU NPQ UNIT. I further acknowledge that: |
|---|---|
| WU | a. I am obligated to provide a status report concerning my physical condition at least every thirty days or as significant changes occur. |
| WA | b. I may not drill with other units of the Naval Reserve. |
| WA | c. I cannot perform Annual Training (AT), or Inactive Duty Training Travel (IDTT). |
| WA | d. I may accrue retirement points through completion of correspondence courses per BUPERSINST 1001.39B. |
| WMH | e. My assignment to VTU NPQ UNIT is a non-pay assignment, and as such, I am not entitled to any monetary allowances or reimbursements for expenses incurred while assigned to this unit. |
| WMH | f. If assigned to the VTU NPQ UNIT for a period in excess of twelve months, I will have broken service for advancement purposes and will have my date of rate reestablished as of the day I return to drill pay status per BUPERSINST 1420.16D. |
| WMH | g. If assigned to the VTU NPQ UNIT for a period in excess of one hundred and twenty days, my entitlement to the Servicemen's Group Life Insurance (SGLI) will lapse per BUPERSINST 1001.39B. Additional information can be obtained by writing to: SGLI 212 Washington Street, Newark, N.J. 07102-9990, or by calling: (201) 877-7676. |

| Name (Last, First, MI) | SSN | Branch and Class |
|---|---|---|
| HAVENS, WILLIAM R | | USNR |

*G.P.O.: 1981-789-014/5027

13

00164

DEPARTMENT OF THE NAVY
NAVAL AND MARINE CORPS RESERVE CENTER
995 E. MISSION STREET
SAN JOSE, CALIFORNIA 95112-1699

IN REPLY REFER TO:

6120
Ser N5/201
JUN 0 2 2000

From: Commanding Officer, Naval Air Reserve Center San Jose
To: CDR William Havens, USNR-R, 1115

Subj: DETERMINATION OF PHYSICAL FITNESS

Ref: (a) NAVMED P-117
(b) NPQ Page 13
(c) BUPERSINST 1001.39B
(d) COMNAVRESFORINST 1001.5B

1. Per reference (a), you have been placed in a not physically qualified (NPQ) status because of PSORIATIC ARTHRITIS.

2. References (b) and (c) require a periodic report of your physical condition. Request you provide the Medical Department with a summary of treatment and prognosis from your attending physician.

3. Point of contact is HM2 Falvey at (408) 294-3070 x52

J. F. Lowder
J.F. LOWDER

OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| | |
|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HAVENS WILLIAM RICHARD | 2. SOCIAL SECURITY OR IDENTIFICATION NO. |
| 3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE) | 4. POSITION (title, grade, component)<br>LCDR |
| 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION<br>9/9/96 |
| | 7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code)<br>BRANCH MEDICAL CLINIC<br>TREASURE ISLAND |

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

Psoriatic Arthritis 4th DIP Joint, Left Hand, Both 1st DIP Joint Feet

Good health and in good shape - Found Fit for full duty during last examination July 1996. - WR Havens

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas |
| | ✓ | | Rheumatic fever |
| ✓ | | | Swollen or painful joints |
| | ✓ | | Frequent or severe headache |
| | ✓ | | Dizziness or fainting spells |
| | ✓ | | Eye trouble |
| | ✓ | | Ear, nose, or throat trouble |
| | ✓ | | Hearing loss |
| | ✓ | | Chronic or frequent colds |
| | ✓ | | Severe tooth or gum trouble |
| | ✓ | | Sinusitis |
| | ✓ | | Hay Fever |
| | ✓ | | Head injury |
| ✓ | | | Skin diseases |
| | ✓ | | Thyroid trouble |
| | ✓ | | Tuberculosis |
| | ✓ | | Asthma |
| | ✓ | | Shortness of breath |
| | ✓ | | Pain or pressure in chest |
| | ✓ | | Chronic cough |
| | ✓ | | Palpitation or pounding heart |
| | ✓ | | Heart trouble |
| | ✓ | | High or low blood pressure |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | Cramps in your legs |
| | ✓ | | Frequent indigestion |
| | ✓ | | Stomach, liver, or intestinal trouble |
| | ✓ | | Gall bladder trouble or gallstones |
| | ✓ | | Jaundice or hepatitis |
| | ✓ | | Adverse reaction to serum, drug, or medicine |
| | ✓ | | Broken bones |
| | ✓ | | Tumor, growth, cyst, cancer |
| | ✓ | | Rupture/hernia |
| | ✓ | | Piles or rectal disease |
| | ✓ | | Frequent or painful urination |
| | ✓ | | Bed wetting since age 12 |
| | ✓ | | Kidney stone or blood in urine |
| | ✓ | | Sugar or albumin in urine |
| | ✓ | | VD—Syphilis, gonorrhea, etc. |
| | ✓ | | Recent gain or loss of weight |
| ✓ | | | Arthritis, Rheumatism, or Bursitis |
| | ✓ | | Bone, joint or other deformity |
| | ✓ | | Lameness |
| | ✓ | | Loss of finger or toe |
| | ✓ | | Painful or "trick" shoulder or elbow |
| | ✓ | | Recurrent back pain |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | "Trick" or locked knee |
| | ✓ | | Foot trouble |
| | ✓ | | Neuritis |
| | ✓ | | Paralysis (include infantile) |
| | ✓ | | Epilepsy or fits |
| ✓ | | | Car, train, sea or air sickness |
| | ✓ | | Frequent trouble sleeping |
| | ✓ | | Depression or excessive worry |
| | ✓ | | Loss of memory or amnesia |
| | ✓ | | Nervous trouble of any sort |
| | ✓ | | Periods of unconsciousness |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | DON'T KNOW | |
|---|---|---|---|
| | | | Been treated for a female disorder |
| | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

14. ARE YOU (Check one)

☐ Right handed ☒ Left handed



00166

UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552
(Please read instructions on reverse side BEFORE completing application.)

OMB No. 0704-0003
Expires Aug 31, 2000

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0003), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.

PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 US Code 1552, EO 9397.

**PRINCIPAL PURPOSE:** To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

Havens, William R.

*07277-99 *

...ifying ... request ...ication

**1. APPLICANT DATA**

a. BRANCH OF SERVICE (X one): [ ] ARMY [X] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD

| b. NAME (Last, First, Middle Initial) (Please print) | c. PRESENT PAY GRADE | d. SERVICE NUMBER (If applicable) | e. SSN |
|---|---|---|---|
| HAVENS WILLIAM R | 05 | NONE | |

| 2. TYPE OF DISCHARGE (If by court-martial, state type of court) | 3. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED SERVICES (Active duty, Retired, Reserve, etc.) | 4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY |
|---|---|---|
| | USNR | 1 SEPT 96 |

**5. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD**

NAVRESREDCEN TREASURE ISLAND CA

**6. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C.** (No expense to the Government) (X one)

[ ] YES [XX] NO

**7. COUNSEL** (If any)

a. NAME (Last, First, Middle Initial): NONE

b. ADDRESS (Street, Apartment Number, City, State and ZIP Code): NONE

**8. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE:**

REVERSAL OF MY SEPARATION FOR TWICE FAILURE OF SELECTION TO 05.

**9. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS:**

SEE ATTACHED

**10. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING:** (If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.)

MEDICAL RECORD HELD BY NRC SACRAMENTO, CA (916) 387-7100

**11. ALLEGED ERROR OR INJUSTICE**

a. DATE OF DISCOVERY: 1 NOV 99

b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION.

IMPROPER SEPARATION WARRANTS A REVERSAL.

**12. APPLICANT MUST SIGN IN ITEM 16. IF THE RECORD IN QUESTION IS THAT OF A DECEASED OR INCOMPETENT PERSON, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY OTHER THAN APPLICANT, INDICATE RELATIONSHIP OR STATUS BY MARKING APPROPRIATE BOX.**

[ ] SPOUSE [ ] WIDOW [ ] WIDOWER [ ] NEXT OF KIN [ ] LEGAL REPRESENTATIVE [ ] OTHER (Specify)

**13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM.** (U.S. Code, Title 18, Sec. 287, 1001, provides that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)

**14.a. COMPLETE CURRENT ADDRESS, INCLUDING ZIP CODE** (Applicant should forward notification of all changes of address.)

b. TELEPHONE NUMBER (Include Area Code)

DOCUMENT NUMBER (Do not write in this space.)

NOV 29 1999

00187

**15. DATE SIGNED:** 11 NOV 99

**16. SIGNATURE** (Applicant must sign here.): William R. Havens

DD FORM 149, SEP 1997 (EG) PREVIOUS EDITION IS OBSOLETE. Designed using Perform Pro, WHS/DIOR, Sep 97

DEPARTMENT OF VETERANS AFFAIRS
Regional Office
1301 Clay Street
Oakland CA 94612-5209

SEP 24 1997

WILLIAM R HAVEN

In Reply Refer To: 343/211/ty
CSS 134 48 9027
HAVENS, William Richard

Dear Mr. Havens:

We have carefully considered your claim for service-connected disability compensation. The evidence we considered and the reasons for our decision are contained in the attached rating decision.

We have processed an award in the amount(s) and from the date(s) shown below:

| Rate Entitled | Rate Paid | Amount Withheld | Effective Date | Reason For Change |
|---|---|---|---|---|
| $380.00 | $0.00 | $380.00 | Oct 1, 1996 | Initial award, in receipt of separation pay |
| 391.00 | 0.00 | 391.00 | Dec 1, 1996 | Cost of living increase, in receipt of separation pay |

**What We Decided**

We found the following disabilities are service connected. Here are the conditions and percentages of disability.

1. We found your psoriatic arthritis 20% disabling.
2. We found your psoriasis with onychomyosis and history of paronchia and staph 10% disabling.
3. We found your an undiagnosed illness manifested by fatigue and recurrent fevers 10% disabling.

The percentages of your individual disabilities may not add up to your overall evaluation. We use a "combined rating table" to decide how disabled you are. The percentages in this table are set by regulation. Your overall or *combined* evaluation is 40%.

CSS 134 48 9027
Havens, William Richard

Before we can pay the additional benefits for your dependents, we need you to complete VA Form 21-686c. Please fill in all blanks and be sure to include your dependents' social security numbers. Please send us the evidence as soon as possible. If we do not receive the evidence within one year from the date of this letter, additional benefit for your dependents, if established, may be authorized only from the date we receive the evidence.

**Why We've Withheld Benefits For Separation Pay**

You received separation pay of $80,225.64 from the military. The law says we must hold back as many dollars of compensation as you received in separation pay. Once we've collected this amount, you'll start receiving monthly payments.

Your disabilities listed below are service connected, but they are less than 10% disabling, so compensation is not payable. Additional information regarding these disabilities is in the attached rating.

Conditions

Right hallux valgus
Left hallux valgus

You are entitled to treatment by the Department of Veterans Affairs (VA) for any service connected disability. You may apply for treatment at the nearest VA medical facility. If you apply in person, please present this letter. If you apply by letter, include your VA file number.

Additional evidence is needed to consider service connection for the following conditions:

Conditions

Hearing loss
Hemorrhoid
Impetigo (claimed as skin condition)

The enclosed copy of our decision explains the kinds of evidence you may submit. In addition, you may appeal our finding that your claim is not well grounded if you believe that the evidence of record is sufficient to show you have a current disability which may be linked to military service.

CSS 134 48 9027
Havens, William Richard

You should submit any additional evidence you want considered or file a timely notice of disagreement with our decision within one year of this letter. Otherwise, our decision will become final and any future benefits, if authorized, will be paid from the date a new claim with the required supporting evidence is filed.

**If You Think We're Wrong**

If you think our decision is wrong, you should write and tell us why. The enclosed VA Form 4107 explains your right to appeal.

We've also attached a VA Form 21-8764, Disability Compensation Award Attachment--Important Information, which explains certain factors concerning your benefits.

If you have, or develop, disabilities due to undiagnosed illness lasting six months or longer that appear either during active service in the Southwest Asia theater of operations or at any time through December 31, 2001, please contact the nearest VA regional office for information on how to file a new claim.

**Direct Deposit**

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. To get more information about Direct Deposit, please call us at this toll free number: 1-800-827-1000.

Sincerely yours,

*F. M. Hoffschneider*

F. M. Hoffschneider
Adjudication Officer

Enclosure(s): Rating Decision
VA Form 4107
VA Form 21-8764
VA Form 21-686c
VA Form 28-1900
VA Form 28-8890

cc: Disabled American Veterans

Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45.505

# REPORT OF MEDICAL EXAMINATION

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME: HAVENS WILLIAM RICHARD | 2. GRADE AND COMPONENT OR POSITION: O4-USNR | 3. IDENTIFICATION NO. |
| 4. HOME ADDRESS (Number, street or [redacted] Code) | 5. PURPOSE OF EXAMINATION: RETIREMENT/TRANSFER RESERVE SEPARATION | 6. DATE OF EXAMINATION: 27 June 96 |
| 7. SEX: MALE; 8. RACE: CAUCASIAN; 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 16 ½; CIVILIAN | 10. AGENCY: USNR | 11. ORGANIZATION UNIT: NRRC-TI |
| 12. DATE OF BIRTH; 13. PLACE OF BIRTH: ROCHESTER NY | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: KIM HAVENS (WIFE) SAME AS (4) | |
| 15. EXAMINING FACILITY: BRANCH MEDICAL CLINIC TREASURE ISLAND | 16. OTHER INFORMATION | |
| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.) |
|---|---|---|---|
| X | 18. HEAD, FACE, NECK AND SCALP | | |
| X | 19. NOSE | | |
| X | 20. SINUSES | | |
| X | 21. MOUTH AND THROAT | | |
| X | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | | |
| X | 23. DRUMS (Perforation) | | |
| X | 24. EYE [redacted] | | [illegible] |
| X | 25. OPH[redacted] | | [illegible] |
| X | 26. PU[redacted] | | [illegible] |
| X | 27. OCU[redacted] | | |
| X | 28. LUNGS AND CHEST (Include breasts) | | |
| X | 29. HEART (Thrust, size, rhythm, sounds) | | |
| X | 30. VASCULAR SYSTEM (Varicosities, etc.) | | |
| X | 31. ABDOMEN AND VISCERA (Include hernia) | | |
| X | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | | PROSTATE FIRM, GUIAC ⊖ |
| X | 33. ENDOCRINE SYSTEM | | |
| X | 34. G-U SYSTEM | | |
| | 35. UPPER EXTREMITIES (Strength, range of motion) | X | ARTHRITIS Ⓡ 4TH DIP JOINT |
| X | 36. FEET | | |
| | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | X | ARTHRITIS Ⓑ 1ST DIP JOINT |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | | |
| X | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | | |
| | 40. SKIN, LYMPHATICS | X | ONYCHOLYSIS OF NAIL ON Ⓡ RING FINGER, Ⓑ GREAT TOES SKIN CHANGES c/w PSORIASIS ON ABOVE DIGITS; GLUTEAL CLEFT. |
| X | 41. NEUROLOGIC (Equilibrium tests under item 72) | | |
| NE | 42. PSYCHIATRIC (Specify any personality deviation) | | |
| NA | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | | |

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.) — Restorable teeth; Nonrestorable teeth; Missing teeth; Replaced by dentures; Fixed Partial dentures

| R I G H T | 1 (X) | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 (O, X) | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 (X) | 31 | 30 (O) | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 (O) | 19 | 18 | 17 (X) | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES
Type: 2
Class: 2
Qualified: (Yes) No

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.010; B. ALBUMIN NEG; C. SUGAR NEG | D. MICROSCOPIC: LEU NEG | 46. CHEST X-RAY (Place, date, film number and result): N/A |
| 47. SEROLOGY (Specify test used and result): RPR Non-Reactive Date 12Jun96 | 48. EKG: N/A | 49. BLOOD TYPE AND RH FACTOR: O POS |
| 50. OTHER TESTS: PPD: 10 Jun96 [illegible] HIV: 10Jun96 pending HCT: 46.4% | | |

88-120

00171

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | |
| | | B. Inability to perform certain motions. | |
| | | C. Inability to assume certain positions. | |
| | | D. Other medical reasons (*If yes, give reasons.*) | |
| | ✓ | 16. Have you ever been treated for a mental condition? (*If yes, specify when, where, and give details*). | |
| | ✓ | 17. Have you ever been denied life insurance? (*If yes, state reason and give details.*) | |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? (*If yes, describe and give age at which occurred.*) | |
| | ✓ | 19. Have you ever been a patient in any type of hospitals? (*If yes, specify when, where, why, and name of doctor and complete address of hospital.*) | |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? (*If yes, specify when, where, and give details.*) | |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (*If yes, give complete address of doctor, hospital, clinic, and details.*) | |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (*If yes, give date and reason for rejection.*) | |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.*) | |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (*If yes, specify what kind, granted by whom, and what amount, when, why.*) | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| WILLIAM R HAVENS | [signature] |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (*Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.*)

#8. Psoriatic arthritis ; SVCMBR was diagnosed/treated for this condition during 1995-96 and was found fit for full duty and qualified for separation/retirement/transfer to Fleet Reserve during retirement physical on 27 JUN 96.

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| K. L. CRAIG LT MC USNR | 09SEP96 | [signature] | |

REVERSE OF STANDARD FORM

00172

★U.S.GPO:1984-0-421-528/180

OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. SOCIAL SECURITY OR IDENTIFICATION NO. |
|---|---|
| HAVENS WILLIAM RICHARD | |
| 3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE) | 4. POSITION (title, grade, component) |
| | XO, LCDR, USNR |

| 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION | 7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code) |
|---|---|---|
| Discharge/Sep | 27 June 96 | BRANCH MEDICAL CLINIC TREASURE ISLAND, CA 94130 |

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

- PSORIATIC ARTHRITIS - BOTH BIG TOES, left Ring finger
PREDNISONE

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | | ✓ | | Frequent indigestion | | ✓ | | Foot trouble |
| ✓ | | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | ✓ | | Neuritis |
| | ✓ | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | | | | Adverse reaction to serum, drug, | ✓ | | | ~~Car, train, sea~~ or (air sickness) |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | or medicine | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Broken bones | | ✓ | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Rupture/hernia | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Piles or rectal disease | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hay Fever | | ✓ | | Frequent or painful urination | | | | |
| | ✓ | | Head Injury | | ✓ | | Bed wetting since age 12 | | | | |
| ✓ | | | Skin diseases | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Tuberculosis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Asthma | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Shortness of breath | ✓ | | | Arthritis, Rheumatism, or Bursitis | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Chronic cough | | ✓ | | Lameness | | | | |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Loss of finger or toe | | | | 12. FEMALES ONLY: HAVE YOU EVER |
| | ✓ | | Heart trouble | | ✓ | | Painful or "trick" shoulder or elbow | | | | Been treated for a female disorder |
| | ✓ | | High or low blood pressure | | ✓ | | Recurrent back pain | | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

"TAR"

14. ARE YOU (Check one)

☐ Right handed ☒ Left handed

| | | |
|---|---|---|
| | B. Inability to perform certain mo... | |
| | C. Inability to assume certain pos... | |
| | D. Other medical reasons (If yes, give reasons.) | |
| X | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). | |
| X | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) | |
| X | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | |
| X | 19. Have you ever been a patient in any type of hospitals? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | |
| X | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | |
| X | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | |
| X | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) | |
| X | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.) | |
| X | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, wh..n, why.) | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| WILLIAM R HAVENS | [signature] |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

H/O PSORIATIC ARTHRITIS – SXS DEVELOPED 8/95 – EXTENSIVE WORKUP INCLUDING SKIN BX INDICATED PSORIASIS WITH ARTHRITIC COMPONENT. HAS RHEUMATOLOGY CONSULT PENDING – HAS REDUCED EXERCISE TOLERANCE, CHRONIC PAIN IN DIGITS – NCD

MOTION SICKNESS c̄ EXTREME WEATHER CONDITIONS ; HELPED c̄ DRAMAMINE, ETC – NCD

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| K. L. CRAIG<br>LT MC USNR | 6/27/96 | [signature] | |

REVERSE OF STA...

*U.S. GPO: 1993-300-892/60142

| | |
|---|---|
| 81. TYPED OR PRINTED NAME OF DENTIST... DOC, TREASURE ISLAND | SIGNATURE [signature] |
| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE — NUMBER OF ATTACHED SHEETS |

*U.S. GPO: 1988-201-760/80049

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

06 AUG 1996

Branch Medical Clinic
655 Avenue H.
San Francisco, CA 94130

Temp: 97.2
Pulse: 60
Resp: 18
B/P: 130/84
Meds: DAYPRIL
Allergies: NKDA
Weight:
MEDICON

42 y/o ♂ FOR F/U ON PSORIATIC ARTHRITIS

Doing well on 1st Gen Cephalosporins; Req. Addn'l Velosef

Sx. of Fatigue improved

O: Clearing of lesions on digits

A/P: Psoriatic Arthritis c̄ 2° Staph infection

- Velosef 500 mg QID x 14 d
- F/U Rheum.

K. L. CRAIG
LT MC USNR
4G2379/2105

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

20-20-
HAVENS WILLIAM R. INDEF
N11 M 54 JAN06 LCDR/N/AD
NAVRED RESERVE CENTER X3140
SAN FRANCISCO CA 94130
HR AT BMC T.I.CA 94130

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle Initial)* | SEX: MALE

RELATIONSHIP TO SPONSOR | STATUS: AD | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE: DOD | SSN/IDENTIFICATION NO.: 20 | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00175

MEDICAL RECORD

# CONSULTATION SHEET

REQUEST

TO: RHEUMATOLOGY · DGMC

FROM: (Requesting physician or activity) BRANCH MEDICAL CLINIC TREASURE ISLAND

DATE OF REQUEST: 20 JUNE 96

REASON FOR REQUEST (Complaints and findings)

42 yo WM Dx'd c̄ psoriasis by punch Bx 11/95; experiencing onycholysis; digit/joint pain Ⓑ hands/feet. w/u incl. normal CBC, LFTs, TFTs; ⊖ ANA, RF. Started on Prednisone 5mg q day c̄ some improvement in Sxs. Will retire Aug 01, '96 - Please evaluate to confirm Dx; rec. Tx if any.

PROVISIONAL DIAGNOSIS

R/O Psoriatic Arthritis

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | |
|---|---|---|---|
| K. L. CRAIG LT MC USNR 4G2379 (415) 395-3620 | | ☐ BEDSIDE ☐ ON CALL | ☒ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY |

CONSULTATION REPORT

*(Continued on reverse side)*

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

HAVENS, WILLIAM
20/
06 JAN 54
LCDR/USN/AD

Work # (510) 814-2607
or 2608

No Home # @ this time

**CONSULTATION SHEET**
**STANDARD FORM 513 (Rev. 9-77)**
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
513-108

00176

Case 1:07-cv-00780-EJD Document 13-6 Filed 05/05/2008 Page 23 of 30

HEALTH RECORD | CHRONOLOGICAL RECORD OF . .DICAL CARE

| DATE | SYMP S, DIAGNOSIS, TREATMENT TREATING ANIZATION *(Sign each entry)* |
|---|---|
| 7 May 96 | |
| 1930 | ENDOCRINOLOGY CLINIC |
| Glowienka | WT ~~136~~ 212 BP 140/80 P 67 |

ATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

| PATIENT'S NAME *(Last, First, Middle initial)* | SEX |
|---|---|
| Havens William | |

| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
|---|---|---|
| | | |

| SPONSOR'S NAME | ORGANIZATION |
|---|---|
| | |

| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
|---|---|---|
| | 9027 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00177

MEDICAL RECORD — CONSULTATION SHEET

REQUEST

TO: Endocrinology - DGMC

FROM: (Requesting physician or activity) BRANCH MEDICAL CLINIC TREASURE ISLAND

DATE OF REQUEST: 09APRIL96

REASON FOR REQUEST (Complaints and findings)

42 yo WM c progressive, severe fatigue and 15 lb. wt. gain since Aug. 95. Psoriasis/Psoriatic Arthritis Dx'ed Nov 95 - w/u incl. normal TFTs, Chem panel, CBC, LFTs ; ⊖ ANA/RF Sep-Dec 95. Cosyntropin stim test 3/29/96 : Baseline ACTH = 19 pg/ml Cortisol : 8.7 mcg/dl ; 1° post cosyntropin ACTH: 12 Cortisol : 2.2 (Last dose of oral prednisone ~1 mo. prior to ACTH stim. test).

PROVISIONAL DIAGNOSIS

R/O Adrenal Insufficiency

DOCTOR'S SIGNATURE: K. L. CRAIG LT MC USNR 4G2379 (415) 5-3620

APPROVED: Dr. Shepard

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL

☒ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO PATIENT EXAMINED ☐ YES ☐ NO

Labs T4 1.21 10/95
TSH 1.05

A/P ① Abnormal Cosyntropin Stim Test in a pt c fatigue and wt gain. Results of Cosyntropin Stim test is inconclusive. Will initiate w/u for 2° adrenal insuff. Will continue steroids for now and ✓ labs for pituitary dysfxn.
- ✓ Prolactin, FSH/LH, Testosterone, Somatomedin C, PGHα, ACTH, TSH, Free T4, Cortisol, GH and B+ panel.
- If the above labs are normal will then R/O 1° adrenal insuff and rep Cosyntropin Stim Test after stopping his Prednisone x1 wk.

② Psoriatic arthritis : Pt seen by Rheum here and joints are c/w this dx. Based on limited symptoms would advise stopping steroids after w/u for adrenal insuff is complete. Would then rec starting Azulfidine if symptoms worsen instead of Prednisone.

(Continue on reverse side)

SIGNATURE AND TITLE: M. Bavaro MD — MARY F. BAVARO, LT, USNR, MC AFSC 44M1 60 MDG DAVID GRANT MED CENTER TRAVIS AFB CA [illegible]

DATE: 22 APR 96

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Cavens, William
01
[?] JAN 54
DR/N/AD

Home
Work # (415) 395-3140

Paul B. Glowienka, LtCol, USAF, MC AFSC 44M3C 60 MDG DAVID GRANT MED CENTER TRAVIS AFB CA 94535-1800

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

00178

HPI: Pt is a [illegible] AD ♂ [illegible] who was referred for eval of ? adrenal insuff. Has been eval by Int Med and Derm for ↑ fatigue, joint pain and psoriasis. One yr ago noted ↑ fatigue, [illegible] fingers and great toes and [illegible] skin / bumps on his fingers. Has always been act[ive] and NOV 9[?] was in a Command PT program where [illegible] 3-4X/wk ̄c diff. One yr ago noted diff running 2° fatigue. Was unable to run [illegible] 0.8mi. Was started on a steroid burst in NOV ̄c resolution of his symptoms. Symptoms returned after completion of steroids. Rash was tx ̄c topical steroids. Was provided ̄c another steroid burst in JAN when symptoms returned. Symptoms again resolved. Fatigue gradually returned. Had nl TFTs and Chem panel, CBC, RF, ANA, RPR, and (-) HIV. Cosyntropin Stim Test was diff to interpret. Baseline ACTH 19 Cortisol [illegible] post ACTH 12 Cortisol 2.7. Denies any Δ vision, ↓ hair growth, erectile dysfunction. Does note ↑ perspiration. Denies Δ ring size. Notes ↑ acne. Was ? ↑ foot size. Denies sleep apnea or snoring. Had ↓ sex drive which has ↑ ̄c steroids.

PMH ① Psoriatic arthritis ② Hemorrhoids

PSH Ø

Meds: Prednisone 5mg bid

Allergies: NKDA

Social: Ø Tob, Ø ETOH, AD LCDR at TI, Lives ̄c wife

Family: F ↓ MI 62 + DM; M: ↓ Meningitis / (+) thyroid dz; Brother + Sister: Healthy

ROS (-) f/c/ns, anorexia, N/V, hematemesis, cough, hemoptysis, SOB, CP, diarrhea, ~~constipation~~, dysuria, hematuria, penile discharge, recent STDs, HA, seizure. Does note flu-like symptoms q 2-3 mo X 2 yrs. Also notes joint pain as in the HPI

PE WD/WN ♂ in NAD P 76/min BP 142/77

HEENT: PERLA, nl EOM, nl peripheral vision
Throat: (-) exudate or injection
Face: (-) ~~bony~~ enlargement
Neck: Supple (-) adenopathy
Chest: Lungs CTA
CV: RRR, (-) M/G/R
Abd: Soft, NT/ND, (+) BS
Ext: (-) C/C/E (B) ring fingers erythematous ̄c mild swelling at DIP and fine papules. (B) great toes erythematous ̄c mild swelling at DIP
Nails (-) ̄c [illegible] Δ's c/w psoriasis
Neuro: A+O x3, Sensory + motor intact, [illegible] DTR [illegible]

TRAVIS AFB CA 94535-1800
60 MDG DAVID GRANT MED CENTER
AFSC 44M3C
Paul R. [illegible], LtCol, USAF, MC
TRAVIS AFB [illegible]
MARY E. [illegible] LT USNR MC
AC2316/2105
LT MC USNR
K L CRAIG
TREASURE ISLAND
BRANCH MEDICAL CLINIC

00179

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

13 FEB 1996

~~Branch Medical Clinic~~
655 Avenue H.
San Francisco, CA 94130

Temp: 97.6
Pulse: 78
Resp: 18
B/P: 110/80
Meds: DAYPRO
Allergies: NKDA
Weight: 210

42 yo WM for Blood Cx / SAT (see 06 FEB 96 SF600)

O: Deferred

A/P: Chronic Fatigue

— Blood Cxs / SAT pending

K.L. CRAIG
LT MC USNR
4G2379/2105

29 FEB 96

BRANCH MEDICAL CLINIC
TREASURE ISLAND

F/u worsening fatigue (see SF 600 from Oct 95 to Feb 96) — initially presented c̄ skin lesions det. to be Psoriasis c̄ arthritic component; has had slowly worsening fatigue over past 6 mo that is beginning to affect his lifestyle as he is exhausted p̄ work; spends evenings/weekends sleeping. w/u ⊖ to date incl. TFTs, CBC, ANA/RF, Lytes (all from Oct 95). Sxs rapidly resolve c̄ Prednisone only to return once steroids stopped

O: No Δ in exam

A/P: Chronic Fatigue:

- Cosyntropin Stimulation Test to assess Adrenal Function today + Chem.
- F/u April 96.

K. L. CRAIG
LT MC USNR
4G2379/2105

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX: MALE |
|---|---|---|
| RELATIONSHIP TO SPONSOR: ---------------- | STATUS: AD | RANK/GRADE |
| SPONSOR'S NAME: ---------------------------- | | ORGANIZATION |
| DEPART./SERVICE: DOD | SSN/IDENTIFICATION NO.: 20- | DATE OF BIRTH |

X3140
FRANCISCO CA 94130
AT BMC T.I.CA 94130

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

BRANCH MEDICAL CLINIC
TREASURE ISLAND

09APR96

42 yo WM c̄ progressive fatigue and 15 lb wt. gain since Aug '95. Dx'ed c̄ psoriasis/psoriatic arthritis Nov '95 c̄ rapid resolution of Sxs c̄ oral steroids but quick return of fatigue upon cessation of prednisone. w/u for fatigue included normal TFT's (free T4 = 1.21 TSH = 1.05) in Oct; Chem panel (141/4.0 | 102/31 | 12/1.1 \ 98 Ca/PO4/Mg = 8.6/2.9/1.8), LFTs, CBC. Last dose of oral prednisone taken late Jan '96; Cosyntropin stim test performed 2/29/96 to assess adrenal fxn c̄ following results:

Baseline ACTH = 19 pg/ml Cortisol = 8.7 mcg/dl
1° post Cosyntropin ACTH = 12 Cortisol = 2.2

Imp: R/O Adrenal Insufficiency
- D/w Dr. Shepard @ DGMC - Endocrinology; he recommends Hydrocortisone 20mg q d; consult for add'l w/u.
Cortef unavailable ∴ will start Prednisone 5mg po BID
Consult faxed today.

K. L. CRAIG
LT MC USNR
4G2379/2105

☆U.S. GOVERNMENT PRINTING OFFICE: 1995 397-787

STANDARD FORM 600 BACK (REV. 5-84)

00181

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 20 Feb 96 | BRANCH MEDICAL CLINIC, NAVAL STATION TREASURE ISLAND, SAN FRANCISCO, CA. 94130-0656 |

MEDICAL RECORD VERIFIED THIS DATE 20 Feb 96 IN ACCORDANCE WITH MANUAL OF THE MEDICAL DEPARTMENT CHAPTER 16. THE FOLLOWING DISCREPANCIES WERE NOTED:

1. Pencil Entries
2. OPNAV 5100
3. Tetanus
4. DNA
5. eye exam
6.

HM SIGNATURE

BRANCH MEDICAL CLINIC
TREASURE ISLAND, CA 94130

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial): Havens, William | SEX: Male

RELATIONSHIP TO SPONSOR: N/A | STATUS: AD | RANK/GRADE: LCDR/0-4

SPONSOR'S NAME: N/A | ORGANIZATION: BMC T.I.

DEPART./SERVICE: DOD/USN | SSN/IDENTIFICATION NO.: 20 | DATE OF BIRTH:

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. ...)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-...

00182

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| JAN 3 0 1996 | DERMATOLOGY DEPT. NAVMEDCEN OAKLAND, CA 94627 S: F/U Psoriasis / Psoriatic arthritis - s/p tapering dose of Prednisone down to 1 pill / day of 5mg. Swelling is down, but starting to come back. O: (L) ring finger c erythema, swelling of DIP joint (R) great toe c " " " " A: Good response to steroids, but recurring p finishing taper. P: 1) Mtx asked out; 2) Rec IM eval regarding further therapy (NSAID). 3) RTC prn / [signature] |
| 5 FEB 1996 96.6 72 16 130/80 DAYPRO NKDA | BRANCH MEDICAL CLINIC TREASURE ISLAND SAN FRANCISCO, CA 94130-5030 42 yo WM c/o EXCESSIVE FATIGUE, RECURRENT FEVERS, ARTHRALGIA. DXED c PSORIASIS / PSORIATIC ARTHRITIS BY BX NOV 95; SVCMBR UNCONVINCED THAT THIS IS THE CAUSE OF HIS FATIGUE / FEVERS, AND IS REQUESTING SECOND OPINION. STATES FEVERS OCCUR q 1-6 MO. SINCE GIVEN DX OF POSSIBLE DENGUE FEVER IN 1989 p TRIP TO PHILIPPINES. HAS HAD PERSISTENT FATIGUE x PAST 6 MO. EXTENSIVE W/U TO DATE - over - |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

HAVENS WILLIAM R. INDEF
N11 M 54JAN06 LCDR/N/AD
NAVMED RESERVE CENTER X3140
SAN FRANCISCO CA 94130
MR AT BMC T.I.CA 94130

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(CONT)

HAS FAILED TO REVEAL ANYTHING OTHER THAN PSORIASIS. WAS TOLD BY IDC @ COMMAND THAT SXS WERE POSSIBLY C/W BRUCELLOSIS - IS R/O. TEST TO R/O THIS DZ. RECENTLY GIVEN COURSE OF PREDNISONE WHICH TEMPORARILY RELIEVED ALL SXS.

ALSO C/O LARGE LESION ON (R) SHOULDER WHICH SPONT. RUPTURED & DRAINED PUS 2 d AGO. STATES HE HAS HAD THESE BEFORE ON @ LEAST 2 OCCASIONS.

O: LESION ON (L) 4TH PIP UNCHG FROM PREV. EXAMS

(R) SHOULDER: ~1 x 1 cm POINTING LESION c̄ SURROUNDING ERYTH./INDURATION

BACK: MULT. SMALL ACNE LESIONS SCATTERED ON BACK/SHOULDERS

A/P: (1) CHRONIC FATIGUE : s/p NL. TFTS, CBC, LFT, CHEM IN SEP - DEC '95

(-) ANA, RF

- REPEAT LFT'S & CBC
- SAT F BLOOD CXS TO R/O BRUCELLOSIS (CX'S NOT OBTAINED 2° TO NO CX BOTTLES - F/U WHEN ORDER ARRIVES)
- F/U IN 1 WK FOR RESULTS

(2) ABSCESS (R) SHOULDER

- ~~OPEN~~ AREA PREPPED/DRAPED IN STERILE FASHION; 18 G NEEDLE INSERTED s̄ ASPIRATION OF PUS. ~1/4" INCISION MADE c̄ SCALPEL c̄ SM. AMT PURULENT MATERIAL OBTAINED - C/S OBTAINED. WOUND LEFT OPEN TO HEAL BY 2° INTENTION; COVERED c̄ STERILE DRESSING. INSTRUCTIONS ON WOUND CARE GIVEN
- SUBMBR DECLINES ABX @ THIS TIME
- CX/S PENDING
- F/U IN 2 days

K. L. CRAIG
LT MC USNR
4G2379/2105