HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

JAN 16 1996

DERMATOLOGY DEPT.
NAVMEDCEN
OAKLAND, CA 94627

S. PLU - Psoriatic arthritis - other medicine now - Ibuprofen

Pes Over clean in glutel crease - q 3 day clean

Be nails are problem - using Termovate soluh

O: tip of (L) great toe is inflamed, but there is no induration, discharge, or other evident of infection - ; ust distal palp inflamed - not ant arthritis; nail not ingrown

Il - ∅

meds - Day Pro neons

A: localized inflammation

P: 1) Discussed opt: Tapering dose of Prednisone helped in past, but problem recurred
- had to come off pills [illegible]
- advised pt that short systemic steroids relatively OK in persons

2) Discussed IL steroid injection - pt doesn't like this option

3) Prednisone 10mg - tapering course over 15 days
#50
6 pills x 3 days   1 pill qam x 2d
5 pills x 2 days   1 pill QOD (#2)
4 pills x 2 days
3 pills x 2 days
2 pills x 2 day

Add Day Pro 1 while on Prednisone

4) Discussed use/SE's

4 Klein
5 Roz
[signature]

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

?9-20-
AVENS WILLIAM R. INDEF
11 M 54JAN06 LCDR/N/AD
AVRED RESERVE CENTER X3140
AN FRANCISCO CA 94130
P AT BMC T.I.CA 94130

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
|---|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

NAVHOSP OAK
INTERNAL MEDICINE CLINIC
WT. 210 lbs AGE 42 yo
HT. 71" BP 112/76 P 58
DATE 09 JAN 95

42 yo - AD
psoriasis psoriatic arthritis
Sx improved c Naprosyn but still some tenderness swelling in L 4th D.I.P R great toe D.I.P
gluteal cleft cleared c top. steroid
Now using every 3-4 days.

Imp/Plan - - continue topical steroid
- Naprosyn
- F/U PRN.

[signature]

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

[illegible] WILLIAM [illegible]
[illegible] 94 JAN 0? LCDR/[illegible]/AD
[illegible] RESERVE CENTER X3140
SAN FRANCISCO CA 94130
[illegible] AT [illegible] T.I.CA 94130

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX
RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE
SPONSOR'S NAME | ORGANIZATION
DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 29 1995 | DERMATOLOGY DEPT. NAVMEDCEN OAKLAND, CA 94627 S: [illegible] |
| | BV – 3wks ago → psoriasis – gluteal cleft |
| | Psoriatic arthritis ... |
| | given TAC topically → helping |
| | "Dapsone" for arthritis – helping a little |
| | O: gluteal cleft essentially clear |
| | A: Psoriasis / Psoriatic arthritis |
| | P: 1) Discussed opt: Pot Rx's / Pt SE's (including Mtx); we both feel that we should stay c conservative for now |
| | 2) ↓ steroid for gluteal cream to [illegible] cream |
| | 3) Trial of Temovate solution for nails |
| | 4) Triamcinolone is OK for rest of body |
| | 5) RTC prn / Dean Anthony |

TIENT'S IDENTIFICATION (Use this space for Mechanical print)

[illegible] [illegible] [illegible]
[illegible] LCDR/[illegible]/AD
[illegible] RESERVE CENTER X3140
SAN FRANCISCO CA 94130
[illegible] AT [illegible] T.I.CA 94130

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

**STANDARD FORM 600** (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

**NAVMEDCEN OAK**
INTERNAL MEDICINE CLINIC

WT 200 AGE 41
HT 71" BP 128/72
PULSE 84 DATE 21 NOV 95

APPT 1500
DR Demartino
ALLERGIES NKDA
REASON F/u
SIGNATURE Hw Richardson

41 yo. F/u
oligo arthritis involving (L) 4th DIP (R) great toe
gluteal cleft rash, Bx by Derm -
c/w psoriasis -
Dx c/w psoriatic Arthritis
pt improved c Daypro - 1200 mg QD

Exam - ↓ inflam of 4th DIP -

A&P - Psoriatic arthr -
- continue Daypro -
- Range of Motion exercise
- F/u c Derm for Rx of psoriasis -

[signature]

PATIENT'S IDENTIFICATION *(Use this space for Mechanical imprint)*

... AM ... F-DLF
... NAVAL LOGGR/AD
NAVAL RESERVE CENTER X3140
SAN FRANCISCO CA 94130
... AT AMC T.I.CA 94130

| RECORDS MAINTAINED AT: | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

33 33 33

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6 NOV 95 | |
| T: 98.2 | BRANCH MEDICAL CLINIC<br>TREASURE ISLAND |
| P: 78 | SAN FRANCISCO, CA 94130-5030 |
| Bp: 128/88 | S: 41 y/o cauc ♂ c/o f/u for sutured skin biopsy. Gluteal |
| R: 20 | cleft. Had procedure done on 07 Nov 95 and two sutures |
| All: NKDA | placed. Was tx'd for early infection c dicloxacillin on 07 Nov 95 S&S resolved |
| Meds: DAYPRO | O: WNWD WM NAD |
| DICLOX | Affected area (R) superior gluteal cleft, two intact sutures. c |
| 1445 | well approximated, no erythema, no drainage, no S&S of infection |
| | A: Sutured incision healing well. |
| | P: ① Sutures removed |
| | ② Instructed on self care |
| | ③ RTD RTC PRN |
| | [signature] HM/STC<br>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<br>Reyes Z. Hammond |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| | |
|---|---|
| RECORDS MAINTAINED AT: | BMC TI |
| PATIENT'S NAME (Last, First, Middle initial) | HAVENS, WILLIAM R. |
| SEX | male |
| RELATIONSHIP TO SPONSOR | — N/A — |
| STATUS | AD |
| RANK/GRADE | LCDR/O-4 |
| SPONSOR'S NAME | — N/A — |
| ORGANIZATION | NRC SF CA |
| DEPART./SERVICE | DOD/USN |
| SSN/IDENTIFICATION NO. | 20/ |
| DATE OF BIRTH | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00109

HEALTH RECORD

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| NOV 07 1995 | DERMATOLOGY DEPT. NAVMEDCEN OAKLAND, CA 94627 S: [illegible] toe nail [illegible] - rash in gluteal area x2 yrs getting worse |
| | O: Erythema of gluteal area |
| no rash elsewhere | (R) great toe / (L) [illegible] finger c distal erythema / swelling |
| no pits in nails | A: Agree - [illegible] Psoriasis |
| | P: [illegible] oint |
| | 1) Rec bx of upper gluteal area - [illegible] |
| | 3) Consent [illegible] / signed |
| | 4) Routine prep / 1% lido [illegible] |
| | 3.5 mm punch / (2) 4-0 [illegible] sutures |
| | placed / S.R. in 1 wk / Standard dressing |
| | 5) Wound care [illegible] |
| | 6) Call [illegible] results |
| | [signature] |
| 29NOV95 | BMC-TI |
| | 41 yo WM S/P Bx of skin lesion (see above) now c/o irritation; pruritis |
| NKDA | @ site; denies drainage. |
| | O: Wound moist, c ~ 2cm surrounding induration ō erythema; ± D/c |
| | Incision in glutial cleft - suture ends providing local irritation to skin |
| | A/P: S/P Bx - question of early infection |
| | - Dicloxacillin 250 QID #20 |
| | - F/U Derm 14NOV95 |
| | K. L. CRAIG LT MC USNR 4G2379/2105 [signature] |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

[illegible] WILLIAM [illegible]
[illegible] LCDR/[illegible]/AD
[illegible] RESERVE CENTER X9140
[illegible]FRANCISCO CA 941[illegible]
[illegible] BMC T.I.CA 941[illegible]

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00130

MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES

**A. IDENTIFICATION**

1. OPERATION OR PROCEDURE

SHAVE BX SHAVE(ED&C) EXCISIONAL BX PUNCH BX INFRA-RED COAGULATOR

**B. STATEMENT OF REQUEST**

1. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be ______ *(Description of operation or procedure in layman's language)*

THE AREA LOCATED GLUTEAL AREA WILL BE

SHAVED EXCISED PUNCHED INFRA-RED COAGULATOR AFTER LOCAL ANESTHESIA.

which is to be performed by or under the direction of Dr. ANTHONY

2. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

4. Exceptions to surgery or anesthesia, if any, are: NKDA *(If "none", so state)*

5. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

a. The name of the patient and his/her family is not used to identify said pictures.
b. Said pictures be used only for purposes of medical/dental study or research.

*(Cross out any parts above which are not appropriate)*

**C. SIGNATURES** *(Appropriate items in Parts A and B must be completed before signing)*

1. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

DEAN ANTHONY
CIVILIAN DERMATOLOGIST
(Signature of Counseling Physician/Dentist)

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

(Signature of Witness, excluding members of operating team) | [signature] (Signature of Patient) | 7 NOV 95 1130 (Date and Time)

3. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) I, ______ sponsor/guardian of ______ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

(Signature of Witness, excluding members of operating team) | (Signature of Sponsor/Legal Guardian) | (Date and Time)

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)*

REGISTER NO. | WARD NO.

... IAM ... DEF
... A ... / AD
... RESERVE CENTER X3140
SAN FRANCISCO CA 94130
... AT ... T.I.CA 94130

STANDARD FORM 522 (Rev. 10-76)
General Services Administration &
Interagency Comm. on Medical Records
FPMR 101-11.806-8
522-109

GPO : 1985 O - 461-275 (409)

NSN 7540-00-634-416

00191

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

**NAVMEDCEN OAK**
INTERNAL MEDICINE CLINIC

APPT 0800
DR Demartino

WT 203.lbs AGE 41yo
ALLERGIES NKDA.

HT 5'11" BP 114/70
REASON F/U

PULSE 50 DATE 07NOV95
SIGNATURE Janice M Thomps[on]

41yo - ♂ AD USN
referred for eval of persist. painful swollen (L) 4th DIP (R) great toe c̄ onycholysis of those digits; no other digits involved. Sx present since late spring.

PMHx Neg
also c/o gen. lethargy, fatigue, but denies F/C/NS, wt loss, abd/urinary sx, SOB, CP, swollen nodes, HEENT complaints.
Denies ever having other swollen joint.

MED ∅
but does report 2yr Hx of Rash in gluteal cleft; no Rash elsewhere, ie elbow, knees, behind ears etc.

All ∅
w/u - Neg cult for fungal involvement of nail bed.
NL CBC, LFT's, Neg RHF, Normal uric acid ESR 17

FHx
X Rays by Pt report Normal

∅ ETOH/TOB/IVDA
∅ Tattoo's
Pt Rx c̄ short course of oral Pred c̄ complete resolution of Sx but Sx promptly recurred when D/C'd.

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

[illegible]
[illegible] SAJANDA LCDR/MAD
[illegible] RESERVE CENTER X3140
SAN FRANCISCO CA 94130
[illegible] AT PMC T.I.CA 94130

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

R vs. [illegible]

Has [illegible] lesions [illegible], gluteal cleft and [illegible] small [illegible] [illegible] chest

onycholysis of (L) 1st nail (R) [illegible]

swelling erythema tenderness of

(L) 4th DIP L ring finger

(R) [illegible] DIP [illegible]

[illegible] [illegible] [illegible]

lungs clear cor [illegible] no murmur

[illegible]

Imp. asymmetric oligo arthritis of DIP joint c erythema swelling tenderness, onycholysis is also of note is erythem - gluteal cleft lesion

Symptoms and exam suggest psoriatic arthritis

other con[illegible] include Reiter's and the seronegative arthr.

doubt RA given distrib.

doubt crystal - low uric acid and distrib [illegible]

Plan - Derm eval of gluteal cleft lesion r/o psoriasis Rx5 Cx

- X-rays of hand feet and SI joint -

- begin on Daypro 600mg 2 tab. q.d. -

F/U 2 weeks

[signature]

*U.S. Government Printing Office: 1994 — 300-892/10025

STANDARD FORM 600 BACK (REV. 5-84)

...3-110 NSN 7540-00-634-4127

MEDICAL RECORD | CONSULTATION SHEET ATTN: DR. KALLON.

REQUEST

TO: INTERNAL MED. (NH OAKLAND)

FROM: (Requesting physician or activity) BRANCH MEDICAL CLINIC TREASURE ISLAND

DATE OF REQUEST: 10/26/95

REASON FOR REQUEST (Complaints and findings)

41yo ♂ AD USN c̄ persistent pain to (L) 4° digit and (R) great toe c̄ progressive onycholysis and increasing lethargy. Fungal infection R/O. Pt was responsive to prednisone/taper c̄ remarkable resolution of all sx, but now c̄ persistent of sx despite high dose topical steroid/abx trial. Extensive labs were unrevealing. Request evaluation of lethargy and digital/toe lesion for possible dx / tx options.

PROVISIONAL DIAGNOSIS

(1) Lethargy (2) Digit/toe pain.

DOCTOR'S SIGNATURE: (P) 929-4627

CH... [illegible] ...NER, M.D.

581-... [illegible] USN

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL

☒ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO

PATIENT EXAMINED ☐ YES ☐ NO

(Continue on reverse side)

SIGNATURE AND TITLE

DATE

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

HAVENS, WILLIAM (w) 415-395-

20/

AD/USN/04

DOB.

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

00134

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

10/26/95

BRANCH MEDICAL CLINIC
TREASURE ISLAND

F/U (L) Hand, (R) Foot pain s/p high dose topical corticosteroids.
no improvement in pain sx c̄ persistent swelling on lateral surface of
digit / toe. Also c/o persistent / progressive lethargy.

O/ PE - unchanged.

TFT's: T4 (free) - 1.21 (nc).
TSH - 1.05 (nc).

A. (1) Digit / toe pain, unk etio.
(2) Lethargy.

P. - Continue temovate oint as Rx.
- Burow's soln soaks BID (before temovate placement).
- C/S to Int Med @ NHO for eval lethargy c̄ skin lesions.
- RTC p̄ Int Med eval.

CHA[illegible], M.D.
MC, USN

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 22SEP95 | BMC-T1 |
| | 41 y/o WM c̄ 2 mo + H/O Ⓛ Ring finger pain, nail Δ's; paronychial swelling - progressed to involve 1st digit Ⓡ foot. S/p 30 days Nizoral; topical antifungal cream to area s̄ improvement. KOH of nails ⊖ Fungal Cx pending. Now c/o small vesicles along side of finger. |
| | O: 1-2mm "Tapioca" vesicles along med aspect Ⓛ ring finger |
| | o/w no Δ to previous exam. |
| | A/P: R/O Dyshydrosis |
| | - Trial of Prednisone 60mg po q̄ d x 6 days tapering to 40mg q̄ d x 4d - 20mg q̄ d x 4d then stop. |
| | - F/U 1-2 wks; Δ to topical steroid if improves on above regimen |
| | K. L. CRAIG<br>LT MC USNR<br>4G2379/2105 |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial): Havens, William

SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.: 20 | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00196

11 OCT 1995

BRANCH MEDICAL CLINIC
TREASURE ISLAND
SAN FRANCISCO, CA 94130-5030

TEMP 98.6
PULSE 72
RESP 12
B/P 120/80
MEDS Ø
ALLERGIES NKDA

41 y/o AD here for a F/U — Treg Famme

F/U for painful (L) 4° digit, (R) great toe now S/P prednisone course for presumed eczematous dyshidrosis derm. Pt reports remarkable resolution of sx c̄ early use of Prednisone, & while on taper → but has had flare-up of premise sx 3 days p̄ taper. Also, 40 progressive lethargy over p̄ 3-4 mos, noted c̄ ↑ difficulty performing PRT/and daily exercise. Pt denies new psychosocial stressors, is content c̄ work/family status; has not Δ'd routine - works as real estate agent 3 nights q wk. Denies Δ in routine. No recent travel, food, illness exposures. ↑ sleepiness, ↓ motivation. Ø med Δ's other than NSAID's for current jt pain.

ØN/V/F/S/C. ØNS/Abd pain.

FamHx: M + meningitis, thyroid. F ↓ DM, AMI. ↑hs B/S } A+W

EtOH: 4
Tob: Never.

O/ RHF - NEG.
ANA - NEG (<1:40)

CBC: 5.7 / 14.4 / 43.8 / 168 — 98 S 76, Band 3, L 17, M 2, E 1, B 0

ESR - 17 mm/hr.

141 | 102 | 12 / 98; 4.0 | (31) | 1.1

Ca/PO4/Mg - 8.6/2.9/1.8
Urate - 4.9 Prot - 6.8 AP - 9
CK - 105 Alb - 4.0

PE: unchanged.

A/ Recurrent 4° digit (L)/1° digit toe (R) pain c̄ onycholysis, h/o lesions c/w Eczematous dyshidrosis dermatitis. Responsive to cortico-steroid. ~~— psoriatic arthritis less likely.~~

Begun 10/20/95. — Case d/w Dr. Butler/dermatologist/NH San Diego agrees c̄ dx.

P/ — Temovate oint (0.05%) to affected area sparingly TID x 7 days.
— Thymol tincture below affected nail beds BID. Keep nail beds dry (avoid bacterial overgrowth).
— p̄ 4 wk trial reevaluate answers for other underly cause
— D/C ? TFT.

CHARLES R. TOLER MD



MC, USN
00197

MEDICAL RECORD — CONSULTATION SHEET

REQUEST

TO: Dermatology

FROM: (Requesting physician or activity) BRANCH MEDICAL CLINIC TREASURE ISLAND

DATE OF REQUEST: 9/13/95

REASON FOR REQUEST (Complaints and findings)

41 y/o ♂ AD USN O4 ē Ⓛ 4th digit ~~paronychia~~ and Ⓡ 1st toe onycholysis and recent paronychia, ē NEG KOH of nails, fungal cx Ⓟ. Pt completed one month course of Nizoral for presumptive onychomycosis ē progression of dz. Request evaluation for possible tx options.

Scheduled: 9/14 T010, ē Dr. Anthony

PROVISIONAL DIAGNOSIS

Onychomycosis

DOCTOR'S SIGNATURE: CHARLES B. TONER, M.D. P-4627 USN

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL

☒ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

CONSULTATION REPORT

all - ∅
meds - soak, clean

SEP 14 1995

DERMATOLOGY SERVICE
NAVAL HOSPITAL
OAKLAND, CA. 94627

Nizoral x 1 mo
meds tried yest: HCl?/Clotrimazole
Burrows Soaks

S: Hx as above [illegible] great toe Ⓡ/[illegible] Ⓛ ring finger fungal culture problem x 3-4 m[illegible]

O: 1) Ⓛ ring finger nail ō triangular area of distal onycholysis 5mm on one edge - no nail dystrophy evident

2) Ⓡ great toe nail - perhaps a slight distal onycholysis, [illegible] no dystrophy; major finding is erythema, tenderness of medial paronychial area

(margin: tSO [illegible] eruption on trunk/[illegible])

A: 1) Onycholysis of finger nail 2) Incipient ingrown na[il]

P: 1) Reviewed options; agree ō present regimen - fungal cx's [illegible] does not appear fungal today; soaks ought to help toe

2) Trim finger nail back [illegible] check disadvantage; no sharp objects under nail 3) Cont conservative therapy on toe

4) Consider removing side of nail, if persists

5) Trial of erythromycin 250mg #4[illegible] ē [illegible] [illegible] [illegible] / post [illegible]

6) RTC prn

(Continue on reverse side)

SIGNATURE AND TITLE: Dean Anthony

DATE: 9/14/95

IDENTIFICATION NO. 44-43-9077 — HAVENS WILLIAM R. ... 1NDEF ... NAVY [illegible] RESERVE CENTER X3140 ... TI SRC T.I. CA 94130

ORGANIZATION: AD

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

HAVENS, WILLIAM R.

·20/

USN/AD/041 DOB:

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 13 SEP 1995 | ~~Branch Medical Clinic~~<br>655 Avenue H.<br>~~San Francisco, CA 94130~~ |
| Temp: 96.4 | |
| Pulse: 54 | F/u presumed onychomycosis. c/o continued (L) 4° digit pain and lat |
| Resp: 16 | pain (R) 1st toe. Refers to completed course of Nizoral, and topical |
| B/P: 120/83 | imidazole tx. KOH prep of toenail / fingernail clippings have been neg. |
| | O/. (L) 4° digit, unchanged c̄ ↑ pain |
| Meds: glycerine | (R) 1° toe, ↑ lat erythema / pain. |
| Allergies: NKDA | A/: (1) Onychomycosis, early paronychia, R/O Candida. |
| | (2) Pruritus ani. |
| Weight: | P/. – Hydrocortisone 1% / Clotrimazole cr 1% to Affected BID. |
| | – Blue's Burrow's soln 40:1 soaks 10 min QID. |
| KOH – NEG | – C/S to Derm for 9/14/95 c̄ Dr. Anthony |
| Cx – (P). | – Tuck's pads to affected area, PRN. |
| | – Proctofoam to affected area, PRN |
| | – RTC PRN. CBC c̄ ESR. |
| | CHARLES B. TONER, M.D.<br>MC, USN |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle initial)*

SEX MALE

RELATIONSHIP TO SPONSOR — | STATUS AD | RANK/GRADE

SPONSOR'S NAME — | ORGANIZATION

DEPART./SERVICE DOD | SSN/IDENTIFICATION NO. 20- | DATE OF BIRTH

MALE
3A7 7896
SELF/ /AD/34/LCDR/REDCOM 10
605 GUADALCANAL NSA NOLA

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00169

Case 1:07-cv-00780-EJD Document 13-7 Filed 05/05/2008 Page 16 of 30

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

29 AUG 1995

Branch Medical Clinic
~~655 Avenue H.~~
San Francisco, CA 94130

Temp: 96.0
Pulse: 60
Resp: 12
B/P: 130/86
Meds: Lisinopril
Allergies: NKDA
Weight: 200

41 y/o ♂ here for a F/U — [signature]

F/u for presumed onychomycosis Ⓛ 4° digit (last seen 15 Aug). Pt now on last 4 days of PO Nizoral tx → reports no improvement c̄ extension to Ⓡ 1st digit. Also, reports pain along lateral margin distal 4° digit c̄ appearance of vesicle-like lesion below skin over p̄ 2 wks. Also c/o persistent pruritus/pain in gluteal cleft c̄ occasional d/c whitish m...

PE: Ⓛ 4° digit c̄ 1/3 onycholysis, whitish nail. Erythematous, mildly tender on lateral border c̄ blanching white subdermal macules x 3.
Ⓡ 1st toe c̄ 1/3 nail onycholysis.
Gluteal cleft – erythematous c̄ white d/c.

...s (8/12/95).
GT/PT - 26/32
...H - 472
... - 96
...T - 27
...il - 0.6.

Assess: (1) Onychomycosis c̄ onycholysis 4° Ⓡ digit, 1st Ⓡ toe, presumed...
(2) Pruritus ani, 2° to presumed fungus.

Plan: – Nail specimen removed for KOH prep – 24°.
– Clotrimazole cr 1% to gluteal cleft, BID.
– Motrin 800 mg PO TID x 5 Days.
– RTC Thu, 31 Aug for KOH result / reeval.
– Complete Nizoral course.

[signature]
CHARLES B. TONER, M.D.
MC, USN

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

... MALE
... RICHA...
... 367 7896
...F/ SN/AD/04/LCDR/RECCOM 10
... GUANTANAMO CANAL NSA NOLA

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX: MALE

RELATIONSHIP TO SPONSOR: ---------------- | STATUS: AD | RANK/GRADE

SPONSOR'S NAME: ---------------- | ORGANIZATION

DEPART./SERVICE: DOD | SSN/IDENTIFICATION NO.: 20– | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00200

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/31/95 | BRANCH MEDICAL CLINIC TREASURE ISLAND |
| T - 97.4 | F/u for presumed onychomycosis. Pt has completed 30 day |
| P - 64 | course of empiric Nizoral - ō clear evidence for fungal infect (Ø cx, hyphae) |
| BP - 130/88 | KOH prep of nail summit NEG for hyphae (8/30/95). |
| R - 12 | Discussed case c̄ Derm/Podiatrist @ NH Oakland who recommends cx of |
| WT: 200# | nail prior to further systemic tx. If pos → tx c̄ |
| All: NKDA | topical clotrimazole. |
| Meds: None. | |
| | PE: unchanged. |
| | Imp: Onychomycosis, presumed. |
| | Plan: - Nail clippings sent for cx (fungal). |
| | - Clotrimazole susp apply to affected nail, BID, 30 cc. |
| | - Refrain from cleaning deeply and nailbeds. |
| | - RTC if worsening Sx. |
| | - Will contact if cx (P) for consideration of systemic tx. |
| | [signature] CHARLES D. TONER, M.D. MC, USN |

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 01 AUG 1996 | BRANCH MEDICAL CLINIC<br>TREASURE ISLAND<br>SAN FRANCISCO, CA 94130-5030 |
| 98.4 | |
| 87 | S: 41y/o ♂ to CLINIC c̄ C/O HAVING PAIN to TIP OF (L) RING |
| 18<br>147/93 | FINGER — ∅ hx [illegible] c/z — [illegible] |
| NONE | S: 41y/o came c/z c/o pain in (L) hand 4th digit underneath |
| ALLERGIES NKDA | x 1 month ∅ hx of trauma. Recent hx of Tinea Cruris |
| | O: unknown NAD |
| | 4th digit (L) hand 20% of nail is free of nailbed c̄ yellowish |
| | cheesy material underneath. |
| | KOH neg |
| | A: Onchomycosis |
| | P: (1) Dr. [illegible] consulted |
| | (2) Nizoral 200mg, 1 tab QD X30 days |
| | (3) LFT's Drawn — [signature] |
| | (4) RTC prn and in 1 month — [signature] |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

MALE
HAVENS JAY RICHARD
01 JUN 54 367 7896
SCLF/USN/AD/04/LCPR/REDCOM 10
605 GUANALCANAL NSA NOLA

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS: AD | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE: 0001 | SSN/IDENTIFICATION NO.: 20— | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00202

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 15 AUG 1996 | |
| | BRANCH MEDICAL CLINIC<br>TREASURE ISLAND<br>SAN FRANCISCO, CA 94130-5030 |
| TEMP 953 | |
| PULSE 56 | S: 41 y/o ♂ to clinic for f/u on (L) ring finger pain — G. [illegible] |
| RESP 14 | S: 41 y/o came [illegible] MTC for reeval of onychomycosis |
| B/P 124/80 | of 4th digit (L) hand. Initially seen and tx'd on 01 Aug 95 |
| MEDS NIZORAL | c p.o. nizoral. States condition is worse finger is |
| ALLERGIES NKDA | a little swollen and big toenail (R) foot seems to be affected. |
| | also c/o itching around buttocks at about the same time |
| | O: WNWDWM NAD |
| | (1) Affected areas distal edge of 4th digit (L) hand and 1st digit (R) |
| | foot some yellowish discoloration approx 20% of nail is free |
| | from bed. Mild edema and erythema of finger tip. (2) Mild |
| | erythema c sparse whitish exudate superior gluteal fold. |
| | A: (1) Onychomycosis (2) Pruritis ani |
| | P: (1) Dr. [illegible] consulted and examined pt. |
| | (2) Cont. Nizoral |
| | (3) Motrin 800 mg 1 tab TID [illegible] prn |
| | (4) [illegible] cream as directed |
| | (5) M.O. appt schedule in approx 2 wks |
| | (6) RTC PRN/RTC [illegible] |
| | [signature] [illegible]<br>Royce [illegible] |



00203

NSN 7540-00-634-4176

LOG # 109423

600-1

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

## BRMEDCLINIC TREASURE ISLAND, ACUTE CARE TREATMENT RECORD

**Arrival** 1045

**Date/Time:** 19OCT94

**Home Address:** 9034 BARCELONA ST. OAKLAND CA 94605 **Home Phone:** (510)6385162

**CHIEF COMPLAINT:** CONTACT LENSE STUCK TO O.S. - SLIPPED OUT OF PLACE 5 hrs AGO

**Vital Signs:**

Temp 95' (EAR)

Pulse 56

Resp 16

BP 140/100

Wt 200 (LBS)

Tetanus 1989

Meds NONE

Allergies NKDA

S lens
S - 20/100
O - 20/25
c lense

**Orders Inits/Time**

40 y o A D S who wears soft contact lenses [illegible]. This A.M. put contact in and [illegible] it shifted off center and now is stuck somewhere in eye.

C/o [illegible] redness [illegible] the L eye.

PE: L eye - mild conjunctival erythema > on upper medial border of lid.

Ø lense is [illegible]

- Flourescein applied. - Ø abrasion noted
 Ø F B Ø lense seen
- Eye irrigated c̄ [illegible] eye wash
 Ø lense seen
 Still c̄ some c/o irritation.

A/P Contact lense not in eye
- Conjunctival irritation
- Discussed c̄ ophtho →

Possible 3rd Party Payer? Y/N

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: NAVRESREDCEN T.I.

PATIENT'S NAME *(Last, First, Middle initial)* HAVENS, WILLIAM R.

SEX MALE

RELATIONSHIP TO SPONSOR

STATUS AD

RANK/GRADE LCDR

SPONSOR'S NAME

ORGANIZATION NRRC

DEPART./SERVICE USN

SSN/IDENTIFICATION NO. 20[illegible]

DATE OF BIRTH

TIME RELEASED: ________

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/19/94 | BMC [illegible] |
| Cont | – Erythromycin ophth oint [illegible] x 24 h |
| | – RTC if [illegible] or not resolved by 1 M. |
| | – Do not wear contact lenses |
| | until eye is resolved [signature] |
| | – BP ✓ Q week x 3 |
| | See MO in 1 month for BP. |
| | [signature] |
| | [signature] |
| | [illegible] |

NSN 7540-00-634-4176 600-10

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3 NOV 91 | Age - 6 6 y/o w ♂ has nose sores |
| | T - 97.9 x 3 days. Father has approx. |
| | P - 96 the same sore but different |
| | wt: 40 area. Kind of tired - HM3 Barri... |
| | Ht: 38 ø fever, chill, N, V, D |
| | MEDS: NONE PE: ⊕ crusted pustules in Ⓑ nasal |
| | Allergies: NKDA alae |
| | ø other lesion |
| | |
| | Ⓐ Impetigo |
| | Ⓟ E-mycin 250 mg po QID x 10 d |
| | cool wash TID |
| | Neosporin oint BID |
| | F/U prn |
| | [signature] |
| | RANDALL G SHELIN |
| | LT, MC, USNR |
| | |
| | Child can't tol. the above pill. |
| | △ to Pediazole (usu. better tol than liquid emycin) 10ml PO tid x 7 D [signature] DWL 21924 LCDR US... |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle Initial)*: Havens Wesley D. | SEX: male

RELATIONSHIP TO SPONSOR: Son | STATUS: Dep Son | RANK/GRADE: —

SPONSOR'S NAME: William Havens | ORGANIZATION: Red Com 10

DEPART./SERVICE: USN | SSN/IDENTIFICATION NO.: 02- | DATE OF BIRTH:

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00206

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 14 APR 92 | NAVAL MEDICAL CLINIC NEW ORLEANS, LA 70142 IMMUNIZATIONS REVIEWED, NEEDS TETNUS BOOSTER, YELLOW FEVER BOOSTER, MMR. NEEDS PPD BY NOV 92. HA [signature] |
| 22 OCT 1992 | NAVAL MEDICAL CLINIC, NEW ORLEANS, LA THIS MEDICAL RECORD, VERIFIED THIS DATE IAW BUMEDINST 6150.34 Kevin M. Ranting HM3/USN (SIGNATURE RANK/RATE DATE) PAST DUE FOR ANNUAL P.E. NEEDS TETANUS BOOSTER, YELLOW FEVER, PPD, HIV. |

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 24 Apr 91 | USS SAN BERNARDINO (LST1189) FPO, SAN FRANCISCO 96678 ... THIS DATE AND MEMBER FOUND PHYSICALLY FIT FOR Transfer |
| | — D Baxter |
| | NAS BRANCH CLINIC NOLA 70146 DATE 3 Nov 91 TIME 0745 DR. ~~Mosley~~ Boswell AGE 37 ... T 98.8 P 66 R 72 WT 195 MEDS ∅ B/P 110/70 ALLERGIES NKDA |
| Boswell | C/o skin sores on neck + arm areas. It is causing fever, chills, itchy + discomfort x 3 days. — HM3 Postell |
| Shelin | Also C/o LBP x 24 hrs. |
| | Pt's family ⊕ c̄ impetigo + similar lesions. |
| | LBP not 2° to trauma, pain across entire back, non-radiating. Pt states he may have "slept on it wrong" |
| | PE: back ROM -5° - 30° |
| | ∅ TTP across back |
| | ∅ palpable deformity |
| | skin: ⊕ crusted erosions (shallow) on Ⓛ upper arm c̄ 5" dia macular erythema + color. |
| | ⊕ similar lesion to Ⓡ neck c̄ erythema |
| | Ⓐ Muscular LBP |
| | Impetigo |
| | Ⓟ E-mycin 500 mg po QID x10 d, soap + water washing |
| | Tylenol 650 mg po q4° prn back pain + fever |
| | F/u prn |
| | [signature] RANDAL G. SHELIN 2311 ... LT, MC USNR |

PATIENT'S IDENTIFICATION (*Use this space for Mechanical Imprint*)

RECORDS MAINTAINED AT:

| PATIENT'S NAME (*Last, First, Middle initial*) | SEX |
|---|---|
| Havens, William | Male |

| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
|---|---|---|
| | AD | Lcdr |

| SPONSOR'S NAME | ORGANIZATION |
|---|---|
| — | LST - 1189 |

| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
|---|---|---|
| USN | | |

(NSA-Red com 10)

HEALTH RECORD

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1 MAR 90 | USS SAN BERNARDINO (LST1189) FPO, SAN FRANCISCO 96678 |
| | 36 year AD/N LT presents c̄ c/o pain to (R) calf |
| B/P 122/74 | sustained after crossing street. pt was walking |
| P 78 | at time. States he "felt a pop" in (R) calf! |
| R 12 | No c/o tenderness c̄ weight bearing. |
| | O) WDWN Cauc ♂ present ambulating but favoring |
| | (R) leg. |
| | - No deformity, edema or ecchymosis noted upon |
| | inspection |
| | - Tenderness c̄ slight spasm of gastrocnemius |
| | muscle noted but no masses palpated |
| | - fair full ROM of ankle joint c̄ discomfort |
| | upon full inversion/eversion, and |
| | extension. |
| | - good neurovascular |
| | - Achilles tendon stable/appears normal |
| | A) muscle pull |
| | P) Motrin 600 mg T po qid |
| | Robaxin 500 mg T po qid x 48° |
| | Ice x 24-48° followed by heat as tolerated |
| | Ace wrap for compression |
| | elevation tonight c̄ limited wt bearing |
| | RTC 48° Jackson L Senseney |

Stamp: JOSEPH BRISSETTE ... MC USNR [signature] Brissette

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: USS SAN BERNARDINO (LST1189) FPO, SAN FRANCISCO 96678

Jackson L. Senseney HM (SW) USN 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

PATIENT'S NAME (Last, First, Middle initial): HAVENS, William R. — SEX: male

RELATIONSHIP TO SPONSOR: — — STATUS: AD — RANK/GRADE: LT

SPONSOR'S NAME: — — ORGANIZATION: LST 1189

DEPART./SERVICE: DOD/USN — SSN/IDENTIFICATION NO.: 20/

CHRONOLOGICAL RECORD OF MEDICAL CARE — STANDARD FORM 600 (REV. 5-84) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 22 Mar 90 | USS SAN BERNARDINO (LST1189) FPO, SAN FRANCISCO 96678 HEALTH RECORD VERIFIED THIS DATE IN ACCORDANCE WITH INST 6150. Randy Phillips HM3 (SS) Randell Phillips HM (SS) USN |
| 8 Sep 90 | USS SAN BERNARDINO LST-1189 |
| | 36 year old AD/N ♂ presents c̄ c/o 2 day hx of headache, congestion, |
| BP 128/80 | general body aches and malaise c̄ occasional fever/chills. |
| P 68 | O/ WDWN cauc ♂ in NAD but appears tired and run down. |
| R 12 | H- ~~normal atheltic~~ ∅ sinus or mastoid tenderness |
| OT 98.2 | E- PERRL conjunctiva clear |
| | E- AU clear TM intact c̄ all landmarks noted Ⓛ TM slightly |
| | red. both sluggish to VALSALVA |
| | N- nasal mucosa ~~mildly~~ mildly erythematous and swollen |
| | T- clear c̄ PND |
| | Cervical Nodes- nontender no adenopathy |
| | Lungs- CTA |
| | Heart- NSR |
| | A) URI |
| | P) Tylenol 325 mg ii po q4-6° |
| | Dimetapp i po bid |
| | force fluids ↑↑ |
| | RTSB if SAS↑ ——— Jackson L. Sentoney |
| 10 Jan 91 | USS SAN BERNARDINO (LST1189) FPO, SAN FRANCISCO 96678 HEALTH RECORD VERIFIED THIS DATE IN ACCORDANCE WITH Navmed INST 6150. Randy Phillips HM2 (SS) Randell Phillips HM (SS) USN |

★ U.S. Government Printing Office: 1988—201-760/60273

STANDARD FORM 600 BACK (REV. 5-84)

00210

HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12 Jan 90 | MEDICAL DEPARTMENT<br>USS SAN BERNARDINO LST-1189<br>FPO SAN FRANCISCO, CA 96678-1810 |
| | I: William R Havens received one set of permanent ear plugs with case and was given instructions on their use and cleaning procedure. |
| | I understand that I am to wear hearing protection while in areas designated as "NOISE HAZARDOUS AREAS", in the tank deck during underway periods, flight deck during flight operations, main machinery spaces, and while using noise producing equipment. |
| | PLACED IN HEARING CONSERVATION PROGRAM (✓) YES ( ) NO |
| | VALID REFERENCE AUDIOGRAM IN HEALTH RECORD (✓) YES ( ) NO |
| | EAR PLUGS ISSUED (✓) YES ( ) NO SIZE: L LEFT L RIGHT |
| | PATIENTS SIGNATURE [signature] MEDICAL DEPT. REP. [signature] HM3 |
| 02 FEB 1990 | USS SAN BERNARDINO LST1189<br>FPO, SAN FRANCISCO 96678 |
| | HEALTH RECORD VERIFIED THIS DATE IN ACCORDANCE WITH INST 6150. [signature] HM3(SS)<br>Randell Phillips<br>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<br>HM (SS) USN |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: USS SAN BERNARDINO LST-1189

PATIENT'S NAME (Last, First, Middle initial): Havens, William R

SEX: MALE

RELATIONSHIP TO SPONSOR: N/A

STATUS: AD

RANK/GRADE: L1

SPONSOR'S NAME: N/A

ORGANIZATION: LST-1189

DATE OF BIRTH:

DEPART./SERVICE: USN

SSN/IDENTIFICATION NO.: 20/ /

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

TE SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

MEDICAL DEPARTMENT

USS SAN BERNARDINO LST-1189
FPO SAN FRANCISCO, CA 96678-1810

Jan 9 ASBESTOS SURVEILLANCE QUESTIONAIRE

Ref: OPNAVINST 6260.1A

1. All personnel who have or who are occupationally exposed to ASBESTOS are to be included in an Asbestos Medical Monitoring Program. In order to assess the number of personnel potentially exposed to asbestos, the following information is required:

A. Have you ever supervised the work of a lagging or ripping crew by remaining in the compartment where the work was accomplished for an extended period of time? YES / NO (circled)

B. Are you now or have you ever been any of the following ratings: CM, MM, BU, BT, MR, HT, CE, EN, MT, ML, AS, UT, EM, AMS, SH, GM, TM, OM, AME, EO ???? INDICATE BY CIRCLING THE RATINGS THAT APPLY.

DCA / Repair Coordinator

C. Have you ever worked as a member of an asbestos lagging or ripping crew? YES / NO (circled) WHEN ______

D. Do you recall entering a compartment where an asbestos lagging or ripping operation was in progress?? YES ? NO (circled) WHEN ______

E. During your employment career have you been exposed to any other operations involving asbestos materials?? YES (circled) / NO WHEN DCA - USS [illegible] JUN 85 - AUG 86

Members Signature [signature]

T'S IDENTIFICATION (Use this space for Mechanical

| | |
|---|---|
| RECORDS MAINTAINED AT: | USS SAN BERNARDINO LST-1189<br>FPO SAN FRAN, CA 96678-1810 |
| PATIENT'S NAME (Last, First, Middle initial) Havens, William R | SEX MALE |
| RELATIONSHIP TO SPONSOR | STATUS ACTIVE DUTY | RANK/GRADE LT |
| SPONSOR'S NAME | ORGANIZATION LST-1189 |
| DEPART./SERVICE DOD/USN | SSN/IDENT 20- |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5 84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 04 DEC 1989 | MILITARY MEDICINE SERVICE<br>NAVAL HOSPITAL<br>NEWPORT, RHODE ISLAND 02841-5003<br>(C) 401-841-2281 (A) 948-2281 |
| | BIP 118/74 OSS —— HR Hickey |
| | 35 yo W ♂ for OSS to Japan unaccompanied; ⊖ current med probs; record reviewed & pt interviewed. Fit for overseas duty. |
| | THOMAS E. KINGSTON<br>LT/MC/USNR<br>DEA # BK1532185 |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|
| HAVENS, WILLIAM R | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | AD | LT |
| SPONSOR'S NAME | ORGANIZATION | |
| | SWOS DH IC | |
| DEPART./SERVICE | SSN/ | |
| USN | | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE** **STANDARD FORM 600** (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00213

NSN 7540-00-634-4176 600-

HEALTH RECORD

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4 Dec 89 | MILITARY MEDICINE SERVICE NAVAL HOSPITAL NEWPORT, RHODE ISLAND 02841-5003 (C) 401-841-3281 (A) 948-3281 |
| | ACTIVE DUTY MEMBER Overseas Screening conducted on this date IAW NAVMEDCOMINST 1300.1 series |
| 1. | Administrative Review of Record: DE |
| | SF 93 completed DE |
| | Current Physical Exam (as required) DE |
| ALLERGIES: | G6PD documented * done |
| MEDS: " | Sickle Cell testing documented * done |
| | HIV Testing: Date of Last Test: Apr 9, 89 Results: NEG |
| Appointment c̄: | Blood Typing documented DE |
| | Immunizations verified * G6PD, SICKLE CELL, PPD, TYPHOID |
| Time: | Asbestos Screening documented DE |
| | Pap/Pelvic examination (as required) N/A |
| | Audiogram documented DE |
| | Remarks: |
| | J.M. Montevirgen HMC/USN Independent Duty HM |
| | OVERSEAS SCREENING COORDINATOR SIGNATURE |
| 2. | To Member: |
| | Are you being treated by a civilian physician? YES/(NO) |
| | If YES, what are you being treated for? |

(OVER)

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial): HAVENS WILLIAM R

SEX: M

RELATIONSHIP TO SPONSOR

STATUS: USNR (TAR)

RANK/GRADE: LT

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE

IDENTIFICATION NO.: 00214

DATE: 11-21-85

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600