DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Are all these medical records here? YES/NO

Are you and/or any dependents a participant of the Exceptional Family Member Program (EMP)? NA/YES/NO

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE, COMPLETE, AND CORRECT; I HAVE NOT WITHHELD ANY INFORMATION FROM THIS SCREENING PROCESS THAT MAY BE DISQUALIFYING TO THE BEST OF MY KNOWLEDGE.

William R Havens
Signature of Patient/Member

3. Interview by Medical Officer:

Review SF 93

Review Medical Record

Complete "Report of Suitability for Overseas Screening" medical section

Complete NAVMED 1300/1 medical section

Remarks:

MEMEBER SCREENED AND/OR EXAMINED THIS DATE AND FOUND QUALIFIED/NOT QUALIFIED FOR OVERSEAS ASSIGNMENT (NOTE ANY POTENTIALLY DISQUALIFYING DISEASES OR DEFECTS IF NOT QUALIFIED. IF NONE, STATE "NONE").

Medical Officers Printed/Stamped name and signature

U.S. Government Printing Office: 1987—181-247/402

NSN 7540-00-634-4176

HEALTH RECORD

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | MILITARY MEDICINE DIVISION |
| | PHYSICAL EXAMS SECTION |
| | NAVAL HOSPITAL, NEWPORT RI 02841 |
| 3 Nov 88 | |
| | IN ACCORDANCE WITH BUPERSINST 5510.11 SERIES, MEMBERS |
| | HEALTH RECORD WERE SCREENED THIS DATE. MEMBER IS QUALIFIED TO |
| | PARTICIPATE IN THE PERSONNEL RELIABILITY PROGRAM. |
| | D.H. SHAW |
| | HMC IDC USN |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: NAVAL HOSPITAL NEWPORT RI 02841-5003

| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|
| HAVENS, WILLIAM R | | MALE |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | AD | LT |
| SPONSOR'S NAME | | ORGANIZATION |
| | | SWOS DH 109 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| USN | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00216

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

HEALTH RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | SPECIAL |
| | NOT TO BE REMOVED FROM HEALTH RECORD |
| | This page is to be placed in front of all other pages in the health record until member is removed from the Personnel Reliability Program. |
| 17 OCT 83 | USS KISKA (AE-35), FPO San Francisco 96670 |
| | S: Personal interview and medical records interview conducted this date IAW BUPERSINST 5510.11. |
| | O: No medically disqualifying conditions identified. |
| | A: Medically qualified for PRP certification. |
| | P: Recommend PRP Certification. |
| | [signature] D. A. MC MATH<br>HMC USN<br>(HM-8425/8404) |
| | THIS MEMBER IS IN A POSITION REQUIRING EXTRAORDINARY RELIABILITY. REPORT ANY MEDICAL OR BEHAVIORAL CHANGES THAT MAY AFFECT HIS RELIABILITY AND/OR REQUIRE FURTHER EVALUATION TO HIS COMMANDING OFFICER. |
| | SPECIAL<br>NOT TO BE REMOVED FROM HEALTH RECORD |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| HAVENS, William Richard | | | Male |
| YEAR OF BIRTH: 6 JAN 1954 | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS: DUO / AD | DEPART/SERVICE: USN |
| SPONSOR'S NAME | | | RANK/GRADE: LT (DCA) |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION: ENG: AE-35 | |

☆ GPO: 1979 0-281-187 P.O. 4327

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-106

00247

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| MAR 26 1986 | Medical Department<br>USS KISKA (AE-35)<br>FPO San Francisco 96670 |
| 1315 | |
| | S: 32 y/o w m reported c̄ c/o dog bite @ ~ 0200 this AM. Bitten by his own dog – pet has had all shots. NKA Ø MEDS @ present. |
| T-98[6] | O: Pt. alert & oriented s̄ distress<br>2 puncture wounds distal to Ⓡ patella c̄ bleeding at present. ⊖ inflammation / edema @ present. |
| | A: Dog bite – 2 punctures Ⓡ distal knee area |
| | P: 1.) Tetanus toxoid .5 cc IM Ⓡ arm<br>2.) Pen VK 250 mg P.O. i QID x 10 days<br>3.) Betadine / $H_2O_2$ / $H_2O$ Scrub<br>4.) Bandage c̄ bacitracin / Neomycin overlay.<br>5.) Return PRN if symptoms of inf. occur. |
| | B. D. [signature] HM<br>B. D. STARING HM |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| HAVENS, WILLIAM R. | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| 06 JAN 54 | ——— | USN / AD | DOD |
| SPONSOR'S NAME | | | RANK/GRADE |
| ——— | | | LT |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |
| | | USS KISKA (AE-35) | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Standard Form 600
600-106

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 15Sep86 | USNRC CAPE GIRARDEAU, MO. 63701 |
| | HEALTH RECORDS VERIFIED IAW MANMED CHAP 16 AND BUMEDINST. 6150.34. |
| | [signature] S. L. ROHAES HMC USNR-R(TAR) |
| 4/12/87 | Has pain in R forearm with slight loss of muscle mass left forearm extensor area. Complex V analgesics have been of some help but feel should be examined by a neurologist. |
| | [signature] |
| 12JAN88 | USNRC CAPE GIRARDEAU, MO. 63701 |
| | RECORDS REVIEWED IAW MANMED CHAP 16 AND NAVMEDCOMINST 6150.1 |
| | [signature] S. L. ROHAES HMC USNR(TAR) |
| 6 June 89 | NAVRESCEN, CAPE GIRARDEAU, MO 63701 |
| | RECORDS REVIEWED THIS DATE, Member QUALIFIED for TRANSFER. |
| | [signature] |

00219

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

27 Nov 05

In accordance with COMNAVMEDCOM and COMNAV... instruction, member issued earplugs:
RIGHT, SIZE MW/P2 LEFT, SIZE MW/P2
Member instructed on use, application and cleaning of hearing protective devices
Band
I have read the above instructions and received one pair of earplugs.
[signature]
... SIGNATURE
JP

ASBESTOS MEDICAL SURVEILLANCE PROGRAM:
BREATHING ASBESTOS DUST MAY BE HAZARDOUS TO YOUR HEALTH.
LAW OPNAVINST ... ALL PERSONNEL WHO HAVE BEEN OR BY
VIRTUE OF THEIR JOB ... BE EXPOSED TO ASBESTOS ARE TO
BE INCLINED ... NAVY'S ASBESTOS MEDICAL SURVEILLANCE
PROGRAM. ENVIRONMENTAL CONTROLS AND PERSONNEL PROTECTION
ARE REQUIRED TO CONTROL ASBESTOS EXPOSURE ABOARD SHIPS.
MEDICAL SURVEILLANCE ... REQUIRED TO ASSURE CONTINUED ADEQUACY
OF CONTROL ... DETECT EARLY ASBESTOS RELATED
MEDICAL CHANGES ... HAVE YOU BEEN EXPOSED
TO ASBESTOS ... OPERATIONS, OR HAVE WORKED
WITH ASBESTOS ... PRODUCTS.

A. PRIOR TO ... YES NO (UNCERTAIN)
B. DURING ... YES (NO) UNCERTAIN
C. NAME WHERE ... EXPOSURE MAY HAVE OCCURED:

PROPER USE AND ... PROGRAM HAS BEEN GIVEN BY
INSTRUCTION THIS DATE.

[signature]
... SIGNATURE

Hx reviewed — no significant exposure
[signature] ... LCDR MC

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint) | PATIENT'S NAME (Last, First, Middle initial): HAVENS Wm R | SEX: M
DATE OF BIRTH: 1-6-54 | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE
... | RANK/GRADE: Lt
SPONSOR'S ... IDENTIFICATION NO | ORGANIZATION: USS KISKA

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-105

00220

FPMR 101-11.806-8
October 1975

HEALTH RECORD — CHRONOLOGICAL RECORD — MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| | USS KISKA AE-35 MEDICAL DEPARTMENT |
| | FPO SAN FRANCISCO, CALIFORNIA 96670-3011 |
| | JAN 9 1986 |
| DATE: | |
| | HEALTH RECORD REVIEWED AND VERIFIED THIS DATE IAW |
| | BUMEDINST 6150.34. |
| | -----------------------------Jeffrey C. Mossor SN/HMSTRIKER |
| | -----------------------------Jeffrey C. Mossor |

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

| PATIENT'S NAME (*Last, First, Middle initial*) | | | SEX |
|---|---|---|---|
| Havens William P | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| | | USN/AD | DOD |
| SPONSOR'S NAME | | | RANK/GRADE |
| | | ORGANIZATION | |
| | | USS KISKA (AE-35) | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-106

00221

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 23 Feb 85 | S: 31 yr old ♂ c/o laceration to [R] forefinger |
| | O: hot to touch, swollen and draining from laceration; pt noted red |
| | streaks up arm. |
| | A: cellulitis 4th digit (R) hand |
| | P: Keflex ī q6h / cleaned ī |
| | Betadine, Bacitracin, Dsg |
| | [signature] |
| | HM1 SMDR |
| 15 Jun 85 | Health record verified this date |
| | [signature] HM1 SMDR |
| | C.J. Sandoval HM1 SMDR |
| 24 Jan 86 | S: 30 yr old ♂ ī c/o cold symptoms |
| | O: T 98.2 |
| | chest CTA |
| | EARS – visable TM |
| | Throat ∅ edema ∅ exudate |
| | A: Sinus congestion |
| | P: Entex ī QID x 7 day |
| | – C.J. Sandoval HM1 SMDR – [signature] |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

PATIENT'S NAME *(Last, First, Middle initial)*: Havens, William R
SEX: M
RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE
SPONSOR'S NAME | RANK/GRADE
SS. | ORGANIZATION: USS KISKA

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Standard Form 600
600-106

00222

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 04FEB85 | USS KISKA (AE-35) WESTPAC |
| | PT. ADMITTED TO SICKBAY WARD |
| | @ 1600. LACTATED RINGERS 1000 ml |
| | started @ 1610. [PEN VK 250 mg/ TYLENOL 325 mg] RX. |
| TIME | TEMP MEDICATION |
| 1600 | 104° Pen-6 IM / PEN VK #2 ~~ASA~~ NZ TYLENOL #2 |
| 2000 | 103° Pen-6 IM / 2000 Pen VK #2 SZ Tylenol #2 |
| ~~2400~~ | 2400 - Pen VK #2 R Tylenol #2 |
| ~~0400~~ | 0400 - Pen VK #2 R Tylenol #2 |
| ~~0800~~ | 0800 - PEN VK #2 NZ HM TYLENOL #2 |
| 1200 | 1200 - Pen VK #2 NZ HM TYLENOL #2 |
| | 1600 - Pen VK #2 NZ HM Tylenol #3 |
| | 2000 - Pen VK #2 R HM Tylenol #3 |

| Temp - 04FEB85 | | | 05 FEB 85 TIME | TEMP |
|---|---|---|---|---|
| 1730 | 101.2 | SZ/HM | 0709 | 99.8 |
| 1800 | 100.6 | RGV. HM | 0800 | 99.8 |
| ~~1830~~ 1900 | 100.6 | RGV. HM | 1045 | 101.6 |
| | 100.6 | NZ HM | ~~1210~~ | ~~100.4~~ |
| | | | 1500 | 99.4 |
| 2000 | 101.2 | R HM | 2000: 98.8 SZ | |
| 2130 | 102.4 | R HM | | |
| 2205 | 103 | NZ HM | | |

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

PATIENT'S NAME (Last, First, Middle initial): HAVENS William R SEX: M
YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE
SPONSOR'S NAME | RANK/GRADE: LT
SSAN | ORGANIZATION: USS KISKA

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Standard Form 600
600-106

Pen UK Temp:

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) | |
|---|---|---|
| 5Feb85 | 2400: 2 Pen UK | 2100: 100.6 p Anl |
| | 3 tylenol | ~~2300~~: |
| | | ~~2400~~: |
| | 0500: 2 Pen UK | 0730: 99.2 p Anl |
| | 3 tylenol | |
| 6Feb85 | O: Throat moderate swelling of glands | |
| | Chest clear | |
| | A: Resolving Viral syndrome | |
| | P: Discharge NACL gargle, Pen UK | |
| | 250 [illegible] Q6h, Water, RR [illegible] | |
| | | [signature] HM1 SMDR |

NKA

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 30Jan85 | S: 31 yr old ♂ c/o chills/dizzness |
| | constipation, Headache frontal |
| | Top head x 2 days, R |
| AT 1245 | O: BP: 154/108 / L 148/98 R 15 minutes Later after Sitting |
| | T: 101⁴ |
| | Chest: moderate congestion both upper lungs |
| | throat: moderate exdulate, PT |
| | c/o pain / Lymph glands throat |
| | A: URI / R/O Hypertension |
| | P: To USS VULCAN MO. |
| | for EVAL and ADVICE |
| | Darrel |
| | HM1 SMDR |
| 30JAN85 | USS VULCAN AR-5 |
| | 31 yo W♂ from the USS Kiska presents c̄ head and neck |
| Tem 102 | ache + fever/chills x2days. Pt states he was in his |
| | normal state of good health until 2days ago when |
| | he awoke c̄ a pain in his neck (post aspect) Since |
| | then the pain has migrated to the occipital region of |
| | his head and around to his ant. neck. ⊕ intermittent |
| | fever/chills ⊖ photophobia |
| | VS T102 P72 BP 134/78 R20 |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

PATIENT'S NAME *(Last, First, Middle initial)*: Havens, William R
SEX: M

YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE

SPONSOR'S NAME | RANK/GRADE: LT

SSN | ORGANIZATION: USS KISKA

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Standard Form 600
600-106

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | Neck - supple ⊖ brudzinski / kernig's |
| | HEENT - NC/AT PERRLA EOMI discs sharp |
| | TM's clear. Slight redness of throat |
| | ⊖ exudate |
| | lymphatic - ⊕ shoddy tender ant. cervical |
| | adenopathy |
| | Lungs clear to A+P |
| | CV - RRRNS, $S_1S_2$ ⊖ murm |
| | Abd - benign |
| | U/A clear |
| | CBC Hct 44 WBC 11.300 Seg 68 / lymphs 28 / mono 4 |
| | Ⓐ Viral syndrome |
| | Ⓟ 1) RTC in AM or sooner if symptoms worsen |
| | 2) Parafon Forte I-II Q4H PRN |
| | 3) ↑ liquids + sleep. |
| | Scholer |
| | LT(MC |
| 31 JAN 85 | USS KISKA (AE-35) WESTPAC |
| S- | pt. into sickbay c̄ c/o run down |
| | feeling, severe HA, hot/cold chills, |
| | thirsty, pt. denies N/V/D, has |
| | excess urination. x 2 days. |
| O- | T - 103° |
| A- | R/o viral syndrome |
| P- | ① mo eval USS Vulcan |
| | [illegible] HM2 |

General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 27 Dec 84 | S. Pt. into S.B.: y/o ♂ c/o s/t Body aches, coughing up yellow flem. Hurts to swallow. |
| | O. Temp. 99.4 |
| | E - clear TMs visible |
| | N - NO congestions |
| | T. - Some redness no white pustels. |
| | Lungs. Clear no audible signs of congestion |
| | A. R/O Strep ~~tro~~ throat to sore throat. |
| | P. |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| HAVENS, William | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| | — | USN/AD | DOD |
| SPONSOR'S NAME | | | RANK/GRADE |
| — | | | LT |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |
| | | USS KISKA AE35 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-106

00227

31 yr old

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4 Feb 85 | S: Pt c/o T-p / General Malaise x5 days, been to see M.O. on VULCAN |
| | O: T 103.6 |
| | Chest: moderate cong. (WBC: win +10 15 |
| | Throat: swollen lymp glands |
| | Nitrate – NEG    WBC – 9,500 |
| | Blood: ⊖    MONOSPOT – NEGATIVE |
| | Ketone: ⊖    Ringer lactate started |
| | Protein +30    1600 Today |
| | PH 7.0    Tylenol |
| | WBC +30    Force Fluids |
| | URO 1    Admit |
| | A: R/O Dengue Fever / Viral Syndrome |
| | P: Mono spot, Pen VK 250 q4h |
| | Ringer lactate, force fluids |
| | Tylenol 2 q4h — [signature] HM1 SMDR |
| | Mono spot: as Per Conversation with M.O. on USS Carl Vinson results neg for Mono [signature] HM1 SMDR |
| 4 Feb 85 | Pt given Terpin Hydrate for cough — [signature] HM1 |

MEDICAL RECORD | CONSULTATION SHEET

Appt ELt Lawson

REQUEST

TO: ENT

FROM: (Requesting physician or activity) SMDR USS KISKA

DATE OF REQUEST: 1 OCT 84

REASON FOR REQUEST (Complaints and findings)

30 yr old ♂ c/o Tissue growth on mid neck x 1yr c̄ growth, presently causing discomfort. Please Evaluate

PROVISIONAL DIAGNOSIS

Posb cyst/Lypomia

DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☒ ON CALL | ☒ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

[signature]

CONSULTATION REPORT

4 OCT 1984

NAVAL REGIONAL MEDICAL CENTER
OAKLAND, CALIFORNIA

ND840
pot 0830

Hx as above. Pt states lump is now shrinking and is minimally uncomfortable.

Neck: 1 cm. firm mass on (L) ant. neck @ level of thyroid cartilage. Mass is nontender, freely mobile over underlying tissue. Appears fixed to skin.

Imp - EIC.

P: No tx necessary now. RTC if mass becomes a problem.

(Continued on reverse side)

SIGNATURE AND TITLE: [signature]

DATE: 4 October, 1984

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Havens. William R

USS KISKA - AE35
LT/USNR

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FPMR 101-11.806-8
513-107

00229

**HEALTH RECORD** **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 08 FEB 84 | USS KISKA (AE-35) |
| S- | PT. INTO SB c̄ c/o CHEST congestion, SOB, |
| | malaise, sinus congestion, cold Sx, |
| | ongoing symptoms X 3 wks. |
| O- | E-WNL, N-congested, TH- slightly |
| | inflamed, redness, Ø pustules notes, |
| | Lungs- clear, good respirations noted. |
| | Neck- good Rom. productive cough- |
| | (yellowish phlegm) PE - WNL. |
| A- | Viral Syndrome |
| P- | (1) warm, saline gargles daily |
| | (2) force FLUIDS |
| RX. # 02 008 | (3) Ampicillin (principen) 250 mg # 40 - take |
| | 1 every 6HRS for 10 days. |
| | (4) Robitussin cough syrup #1 bottle |
| | (5) Cepacol throat losenges. |
| | N. Tanjuan, HM2 |
| 30 July 84 | Medical Department<br>~~USS KISKA (AE-35)~~<br>FPO San Francisco 96670 |
| | Health record reviewed + verified IAW COMNEDINST 6150.34. |
| | M. Lopez HM3 |

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

HAVENS, WILLIAM R
LT / N / AD

PATIENT'S NAME (*Last, First, Middle initial*) | SEX

YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE

SPONSOR'S NAME | RANK/GRADE

SSAN OR IDENTIFICATION NO. | ORGANIZATION

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Standard Form 600
600-106

USS KISKA (AE-35)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 5 Sept 80 | USS [illegible] (AE-35) FPO SAN FRANCISCO 96670<br>In [illegible] with [illegible] COMNAVMEDCOM and COMNAV- [illegible] issued earplugs:<br>[illegible]<br>hearing [illegible]<br>I understand the above [illegible] and received one pair of earplugs.<br>*Wm R Havens*<br>MEMBER'S SIGNATURE<br>MDR *[signature]* |

☆ U.S. GOVERNMENT PRINTING OFFICE : 1981 O - 341-526 (6403)

Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 09 FEB 83 | 8: USS COOK FF 1083 - Request blood drawn for pre-~~[illegible]~~ marital VDRL. [signature] HM2 |
| 18 MAR 83 | Medical Dept USS Cook |
| | Record reviewed and found R.Q. for Transfer. |
| | [signature] HMC |

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

| PATIENT'S NAME (*Last, First, Middle initial*) | | | SEX |
|---|---|---|---|
| HAVENS, WILLIAM R. | | | MALE |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| | — | A/D | USN |
| SPONSOR'S NAME | | | RANK/GRADE |
| — | | | LTJG |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |
| | | USS COOK FF 1083 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-106

000232

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE — SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

29 NOV 82 S: USS COOK FF 1083- PATIENT MEASURED FOR HEARING PROTECTION THIS DATE AND ISSUED ONE PAIR SIZE MEDICAL EAR PLUGS WITH HOLDING CASE.

SIGNITURE OF PATIENT W Havens

SIGNITURE OF CORPSMAN [signature] HM2

S: USS COOK FF 1083- PATIENT INSTRUCTED ON WEARING DOUBLE HEARING PROTECTION THIS DATE DUE TO A SIGNIFICANT SHIFT IN AUDIOMETRIC TESTING.

SIGNITURE OF PATIENT ____________________

SIGNITURE OF CORPSMAN ____________________

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

PATIENT'S NAME (Last, First, Middle initial): HAVENS, WILLIAM RICHARD — SEX: MALE

YEAR OF BIRTH / RELATIONSHIP TO SPONSOR: — COMPONENT/STATUS: A/D — DEPART/SERVICE: US NAVY

SPONSOR'S NAME: N/A — RANK/GRADE: LTJG

DEPART OR SERVICE: N/A — ORGANIZATION: USS COOK FF 1083

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

00233

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 1 JUL 82 | USS COOK FF1083 |
| | S- 28 y/o cau male C/o Headache |
| | Neck Pain, Nausea, Right Hand, and |
| | Pain in OS. Pt was involved in |
| | rear end collision 1600 30 Jun 82. |
| | O- deferred |
| | A- deferred |
| | P- To Disp for M.O. Eval |
| | J A Moore HM1 |
| 01 JUL 1982 | NAVAL STATION CLINIC, SAN DIEGO, CA. 92136 — Here to be Worked |
| T 97.8 | seen for above, states in MVA 6/30/82. |
| BP 130/80 | |
| PEx RL | Auto accident — struck from the |
| | rear c̄ head snapping ("whip lash") |
| | Has discomfort in occipital area — |
| | Exam FROM C spine |
| | Eyes WNL |
| | Dx. whip lash |
| | Rx Rest |
| | Zomax |
| | M J Gormican MD |
| | M.J. GORMICAN MD |

00234

★U.S.GPO:1981-0-341-526/7049

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| OPTOMETRY CLINIC<br>BRANCH CLINIC, NRMC<br>NAVAL STATION<br>SAN DIEGO, CA 92136 | AGE 28 SEX M<br>LAST EXAM 1 yr. ago<br>PD 63/60 FRAME INFO. 50 24 4½<br>CHIEF COMPLAINT Pt. states his Rx is strong for him |
| 1 APR 82 | wish to have new Rx<br>RX: (R) -3.25 - 0.50 X110<br>(L) -3.00 - 0.25 X 0.97 DVA 20/17-3 Ec<br>ADD NVA 20/15-2 |
| | Appt. 20 April 82 1320 c/o as above.<br>No dipl, meds or allergies. Neg eye inj, dis or surg.<br>Neg PMHx. FMHx ⊕ diabetic Infreq HA<br>Ext. WNL Pupils GONI-intact [illegible] OU<br>M (R) -325-025x110 20/20 NVA 20/20<br>(L) -300-050x070 20/20 20/20<br>VG phorias Ø / 4eso' Ø/Ø'<br>TAP @ 1320 17/17 |
| 1 X MHN | Int: disc, mac + vessels WNL O.U.<br>SLEX: WNL O.U.<br>Order manifest |
| | KENNETH D. PURK JR. O.D.<br>LT MSC USNR |

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

63/60 50 24 4½
(R) - 325 - 025 x 110
(L) - 300 - 050 x 070

| PATIENT'S NAME (*Last, First, Middle initial*) | | | | SEX |
|---|---|---|---|---|
| HAVENS WILLIAM R. | | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | | DEPART/SERVICE |
| 1954 | | | | USN |
| SPONSOR'S NAME | | | | RANK/GRADE |
| | | | | ENS |
| SSAN OR IDENTIFICATION NO. | | | ORGANIZATION | |
| / | | | USS COOK | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Standard Form 600
600-106

AUG 81

X

X

X
X
X
X
X
X
X
X
X
X
X

X

William R Havens

SIGNATURE OF THE EXAMINEE

A Moore Hm

HAVENS, William LM

1954 — AD USN

ENS

USS COOK FF1083

00236

MEDICAL RECORD — CONSULTATION SHEET

**REQUEST**

TO: NRMC Br Cl Subic Bay

FROM: (Requesting physician or activity) SMDR USS COOK FF1083

DATE OF REQUEST: 24 Sept 81

REASON FOR REQUEST (Complaints and findings)

27 y/o cmc male c/o urethral discharge x 1 day
Please Eval & Recommend.

PROVISIONAL DIAGNOSIS

R/O G.C.

DOCTOR'S SIGNATURE: [signature] Kim

APPROVED

PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

**CONSULTATION REPORT**

SEP 25 1981

NAVAL STATION BRANCH CLINIC SEP 25 1981

(S) As Above

(O) Calgi ē Gram Stain

Gram Stain – Many Pus Cells
No G.C. Noted.

(A) NSU

(P) TCN 250mg ii QID x 7days
Abstain From Sex, Alcohol, and Dairy Products
X 7 days
RTC on 28 SEP81 For Culture Result
ē F/U

29 Sept 81 culture neg. Continue medication [signature] Hutchins HM3

(Continued on reverse side)

SIGNATURE AND TITLE: [signature] HM2

DATE: 25SEP81

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

HAVENS, William
ENS
USS COOK FF1083
FPO SAN FRANCISCO, CA. 96662

**CONSULTATION SHEET**
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FPMR 101-11.806-8
513-107

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 0 8 MAY 1981 | NAVAL REGIONAL MEDICAL CENTER<br>NAVAL AMPHIBIOUS BASE<br>BRANCH CLINIC<br>CORONADO, CALIFORNIA 92155 |
| | EXAMINED THIS DATE AND FOUND PHYSICALLY QUALIFIED FOR TRANSFER IN ACCORDANCE WITH MANMED 15-50. — Hm3 Skellett, W. J. SKELLETT, HM3 USN |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical print)*

PATIENT'S NAME *(Last, First, Middle initial)*: HAVENS William
SEX: M
YEAR OF BIRTH: 1954
RELATIONSHIP TO SPONSOR: Self
COMPONENT/STATUS: AD/N
DEPART/SERVICE: DOD
SPONSOR'S NAME: SNM
RANK/GRADE: ENS
ORGANIZATION: SWOS 31

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-10..

00..8

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 29 Oct 80 | USS Fresno LST 1182 |
| | (S) Pt. c/o N & V due to motion of ship x 1 day. |
| | (O) SAA |
| | (A) Motion sickness |
| | (P) (1) Tigan Supp. 200 Mg Stat (rectally) |
| | (2) advised on sleep & rest |
| | J. Mott HN |
| 1 Nov 80 | USS Fresno LST 1182 |
| | (S) Pt. c/o N & V x 2 days; Motion of ship appears to be cause |
| | (O) SAA |
| | (A) Motion sickness |
| | (P) (1) Tigan Supp 200 Mg Stat Rectally |
| | (2) return if Emetis continues |
| | J. Ruth HN |

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

| PATIENT'S NAME (*Last, First, Middle initial*) | SEX |
|---|---|
| HAVENS, WILLIAM | M |

| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
|---|---|---|---|
| 54 | | | 000/USN |

| SPONSOR'S NAME | RANK/GRADE |
|---|---|
| | E/15 |

| SSAN OR IDENTIFICATION NO. | ORGANIZATION |
|---|---|
| | USS Fresno |

4

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Standard Form 600
600-106

GPO: 1979 0-281-187 P.O. 4327

00259

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 27 June 80 | OCS Medical |
| | c/o Contact Dermatitis (Poison |
| | Ivy Contact): please evaluate |
| | [illegible] Thanks, |
| | [signature] |
| NRMC NEWPORT, R. I. ACTIVE DUTY SICK CALL DATE 27 June 80 TIME 1455 | T 36.8°C |
| | Wt 186 lbs. |
| | BP 142/88 |
| | c/o: Poison Ivy |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | Contact dermatitis |
| | ℞ 0.1% [illegible] |
| | ℞ Benadryl 50mg [illegible] |
| | [signature] |
| | NRMC NEWPORT, RHODE ISLAND |
| 7 Jul 80 | EXAMINED THIS DATE IN ACCORDANCE WITH THE MANUAL OF THE MEDICAL DEPARTMENT, CHAPTER 15, AND FOUND TO BE PHYSICALLY QUALIFIED FOR TRANSFER... TRAINING DUTY... RELEASE FROM TRAINING DUTY. |
| | [signature] |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| HAWKINS William | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| 1952 | | USN | DOD |
| SPONSOR'S NAME | | | RANK/GRADE |
| | | | OCS-2 |
| | | ORGANIZATION | |
| | | 2005 8000[illegible] | |

2

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-106

HEALTH RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 20MAR80 | NAVY RECRUITING DISTRICT, INDIANAPOLIS, INDIANA 46204 |
| | Health record opened this date by reason of enlistment in the OCSA/E-2/ |
| | 11650 Program. |
| | H. J. Randolph |
| | H. J. RANDOLPH, HMC,SS,USN |

PATIENT'S IDENTIFICATION. *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| HAVANS, William Richard | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| 1954 | | USNR | DOD |
| SPONSOR'S NAME | | | RANK/GRADE |
| | | | OCSA/E-2 |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |
| | | NRD INDIANAPOLIS, IN. | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

Standard Form 600
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

00241

HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 20MAR80 | NAVY RECRUITING DISTRICT, INDIANAPOLIS, INDIANA 46204 |
| | Health record opened this date by reason of enlistment in the OCSA/E-2/ |
| | 11650 Program. |
| | H. J. Randolph |
| | H. J. RANDOLPH, HMC,SS,USN |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| HAVANS, William Richard | | | M |
| **YEAR OF BIRTH** | **RELATIONSHIP TO SPONSOR** | **COMPONENT/STATUS** | **DEPART/SERVICE** |
| 1954 | | USNR | DOD |
| **SPONSOR'S NAME** | | | **RANK/GRADE** |
| | | | OCSA/E-2 |
| **SSAN OR IDENTIFICATION NO.** | | **ORGANIZATION** | |
| | | NRD INDIANAPOLIS, IN. | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Standard Form 600
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

00242

MEDICAL SURVEILLANCE QUESTIONNAIRE

Primary NEC or Desig: 1117

DATE OF SUBMISSION:

| NAME | RANK/RATE | HOME ADDRESS/MILITARY UNIT | SEX(M/F) | DATE OF BIRTH | CURRENT JOB DESIG. |
|---|---|---|---|---|---|
| HAVENS WILLIAM R | LT | SWOS-DH | M | | STUDENT |

PART I - OCCUPATIONAL HISTORY

INSTRUCTIONS: Please complete the following work history; begin with your present job or military assignment, and list all jobs you have held.

Be as specific as possible; if you held more than one job with the same employer, list each job title and activity, Use additional sheets as needed.

| COMPANY OR MILITARY UNIT City & State where worked | DATES WORKED From Mo/Yr | DATES WORKED To Mo Yr | FULL/PART Time Job Check: Full | FULL/PART Time Job Check: Part | JOB TITLE & WORK ACTIVITIES | POTENTIAL HAZARDS EXPOSED TO: Physical (Noise, Vibration-etc.) | POTENTIAL HAZARDS EXPOSED TO: Chemical (Heavy Metals, Solvents, etc.) | PROTECTIVE EQUIPMENT WORN (Respirator, Ear Plugs, etc.) |
|---|---|---|---|---|---|---|---|---|
| USS LENO LST-1183 | 7/80 | 12/80 | ✓ | | 1ST DIV DO. | NOISE | — | EAR PLUGS |
| SS COOK FF-1083 | 3/81 | 2/83 | ✓ | | EMO/EWO DO. | NOISE | | EAR PLUGS |
| SS KISKA AE-35 | 5/83 | 8/86 | ✓ | | DCA/AUX/R D.O. | NOISE | HEAVY METALS (WELDING) | EAR PLUGS & RESP |
| USS SAN BERNARDINO LST1189 | 1/90 | | ✓ | | Operations Officer | — | — | — |

Privacy Act Statement, DD Form 2005, must be with this form, unless already a part of the health care record.

NAVHOSP 5100/15 (4/83)

00243

STANDARD FORM 93
REV. OCTOBER 1974
GSA FPMR 101-11.8

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| | |
|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>Havens, William Richard | 2. SOCIAL SECURITY OR IDENTIFICATION NO. |
| 3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE) | 4. POSITION (title, grade, component) |

| | | |
|---|---|---|
| 5. PURPOSE OF EXAMINATION<br>Navy - Comm | 6. DATE OF EXAMINATION<br>7 Mar 80 | 7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code)<br>AFEES, Indpls, In. |

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

Good health
No medication
No allergios

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | | ✓ | | Frequent indigestion | | ✓ | | Foot trouble |
| | ✓ | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | ✓ | | Neuritis |
| | ✓ | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | | ✓ | | Adverse reaction to serum, drug, or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | | | | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Broken bones | | ✓ | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Rupture/hernia | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Piles or rectal disease | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hay Fever | | ✓ | | Frequent or painful urination | | | | |
| | ✓ | | Head injury | | ✓ | | Bed wetting since age 12 | | | | |
| | ✓ | | Skin diseases | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Tuberculosis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Asthma | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Shortness of breath | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Chronic cough | | ✓ | | Lameness | | | | |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Loss of finger or toe | | | | 12. FEMALES ONLY: HAVE YOU EVER |
| | ✓ | | Heart trouble | | ✓ | | Painful or "trick" shoulder or elbow | X | X | X | Been treated for a female disorder |
| | ✓ | | High or low blood pressure | | ✓ | | Recurrent back pain | X | X | X | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?
Manager - Bartender

14. ARE YOU (Check one)
☐ Right handed ☒ Left handed