| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | |
| | ✓ | B. Inability to perform certain motions. | |
| | ✓ | C. Inability to assume certain positions. | |
| | ✓ | D. Other medical reasons (*If yes, give reasons.*) | |
| | ✓ | 16. Have you ever been treated for a mental condition? (*If yes, specify when, where, and give details*). | |
| | ✓ | 17. Have you ever been denied life insurance? (*If yes, state reason and give details.*) | |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? (*If yes, describe and give age at which occurred.*) | |
| | ✓ | 19. Have you ever been a patient in any type of hospitals? (*If yes, specify when, where, why, and name of doctor and complete address of hospital.*) | |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? (*If yes, specify when, where, and give details.*) | |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (*If yes, give complete address of doctor, hospital, clinic, and details.*) | |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (*If yes, give date and reason for rejection.*) | |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.*) | |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (*If yes, specify what kind, granted by whom, and what amount, when, why.*) | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| William R Havens | William R Havens |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (*Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.*)

Father is Diabetic —

Denies significant past medical history and complaints.

Denies Any History:
(1) Homosexuality
(2) Drug Abuse & Marijuana
(3) Diabetes
(4) Alcoholism

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| LOUIS CUSCO, M.D. | 7 Mar 80 | L Cusco | |

REVERSE OF STANDARD FORM 93

*U.S. GOVERNMENT PRINTING OFFICE:1979-279-078

00245

STANDARD FORM 93
REV. OCTOBER 1974
PRESCRIBED BY GSA/ICMR
FIRMR (41 CFR) 201-45.505

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29- R0191

# REPORT OF MEDICAL HISTORY

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

1. LAST NAME—FIRST NAME—MIDDLE NAME
Havens William Richard

2. SOCIAL SECURITY OR IDENTIFICATION NO.

3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE)

4. POSITION (title, grade, component)
LCDR - O4
NAVRESREDCOM REC TEN

5. PURPOSE OF EXAMINATION
Transfer

6. DATE OF EXAMINATION
3 MAY 94

7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code)
NACL NSA New Orleans, LA 70142

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)
Present Health Good - [illegible]

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| X | | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | X | | Scarlet fever, erysipelas |
| | X | | Rheumatic fever |
| | X | | Swollen or painful joints |
| | X | | Frequent or severe headache |
| | X | | Dizziness or fainting spells |
| | X | | Eye trouble |
| | X | | Ear, nose, or throat trouble |
| | X | | Hearing loss |
| | X | | Chronic or frequent colds |
| | X | | Severe tooth or gum trouble |
| | X | | Sinusitis |
| | X | | Hay Fever |
| | X | | Head injury |
| | X | | Skin diseases |
| | X | | Thyroid trouble |
| | X | | Tuberculosis |
| | X | | Asthma |
| | X | | Shortness of breath |
| | X | | Pain or pressure in chest |
| | X | | Chronic cough |
| | X | | Palpitation or pounding heart |
| | X | | Heart trouble |
| | X | | High or low blood pressure |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | X | | Cramps in your legs |
| | X | | Frequent indigestion |
| | X | | Stomach, liver, or intestinal trouble |
| | X | | Gall bladder trouble or gallstones |
| | X | | Jaundice or hepatitis |
| | X | | Adverse reaction to serum, drug, or medicine |
| | X | | Broken bones |
| | X | | Tumor, growth, cyst, cancer |
| | X | | Rupture/hernia |
| | X | | Piles or rectal disease |
| | X | | Frequent or painful urination |
| | X | | Bed wetting since age 12 |
| | X | | Kidney stone or blood in urine |
| | X | | Sugar or albumin in urine |
| | X | | VD—Syphilis, gonorrhea, etc. |
| | X | | Recent gain or loss of weight |
| | X | | Arthritis, Rheumatism, or Bursitis |
| | X | | Bone, joint or other deformity |
| | X | | Lameness |
| | X | | Loss of finger or toe |
| | X | | Painful or "trick" shoulder or elbow |
| | X | | Recurrent back pain |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | X | | "Trick" or locked knee |
| | X | | Foot trouble |
| | X | | Neuritis |
| | X | | Paralysis (include infantile) |
| | X | | Epilepsy or fits |
| | X | | Car, train, sea or air sickness |
| | X | | Frequent trouble sleeping |
| | X | | Depression or excessive worry |
| | X | | Loss of memory or amnesia |
| | X | | Nervous trouble of any sort |
| | X | | Periods of unconsciousness |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | DON'T KNOW | |
|---|---|---|---|
| | | | Been treated for a female disorder |
| | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

14. ARE YOU (Check one)
☐ Right handed ☑ Left handed

YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT.

| YES | NO | Item |
|---|---|---|
| | X | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. |
| | X | B. Inability to perform certain motions. |
| | X | C. Inability to assume certain positions. |
| | X | D. Other medical reasons (*If yes, give reasons.*) |
| | X | 16. Have you ever been treated for a mental condition? (*If yes, specify when, where, and give details*). |
| | X | 17. Have you ever been denied life insurance? (*If yes, state reason and give details.*) |
| | X | 18. Have you had, or have you been advised to have, any operations? (*If yes, describe and give age at which occurred.*) |
| | X | 19. Have you ever been a patient in any type of hospitals? (*If yes, specify when, where, why, and name of doctor and complete address of hospital.*) |
| | X | 20. Have you ever had any illness or injury other than those already noted? (*If yes, specify when, where, and give details.*) |
| | X | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (*If yes, give complete address of doctor, hospital, clinic, and details.*) |
| | X | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (*If yes, give date and reason for rejection.*) |
| | X | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.*) |
| | X | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (*If yes, specify what kind, granted by whom, and what amount, when, why.*) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| HAVENS WILLIAM R | [signature] |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (*Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.*)

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| M. E. POHLOD MC USNR | 5-3-94 | M Pohlod | |

REVERSE OF STANDARD FORM 93

☆ U.S. GOVERNMENT PRINTING OFFICE: 1992 -- 342-199 / 50185

00247

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT |
|---|---|---|
| | | 15. Have you been refused employment or been unable to hold a job or stay in school because of: |
| | ✓ | A. Sensitivity to chemicals, dust, sunlight, etc. |
| | ✓ | B. Inability to perform certain motions. |
| | ✓ | C. Inability to assume certain positions. |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* |
| | ✓ | 16. Have you ever been treated for a mental condition? *(If yes, specify when, where, and give details).* |
| | ✓ | 17. Have you ever been denied life insurance? *(If yes, state reason and give details.)* |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occurred.)* |
| ✓ | | 19. Have you ever been a patient in any type of hospitals? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? *(If yes, specify whan, where, and give details.)* |
| | Y | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? *(If yes, give date and reason for rejection.)* |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.)* |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |

19. Age 2 (about) in Hospital for Chicken Pox Unsure as to dates ~~not~~ Based on verbal from parents

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| WILLIAM R HAVENS | William R Havens |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| | | | |



☆ U.S. rnment Printing Office: 1988—201-760/80054

Revised 10/75
General Services Administration
Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45-505

# REPORT OF MEDICAL EXAMINATION

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME: HAVENS WILLIAM RICHARD | 2. GRADE AND COMPONENT/POSITION: LT/USNR 0-3 | 3. IDENTIFICATION NO. |
| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION: PHY | 6. DATE OF EXAMINATION: 7 JAN 87 |
| 7. SEX: MALE / 8. RACE / 9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY: 8 yr — CIVILIAN | 10. AGENCY: DOD | 11. ORGANIZATION UNIT: NRC CAPE GIRARDEAU |
| 12. DATE OF BIRTH / 13. PLACE OF BIRTH: ROCHESTER NY | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: HUONG-CAN T. HAVENS - WIFE, 1400 S.W. END BLVD #56, CAPE GIRARDEAU MO 63701 | |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: USNRC CAPE GIRARDEAU, MO. 63701 | 16. OTHER INFORMATION: ESP ? [illegible] | |
| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |

## CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

#39 VSLUA

— no hernias

[signature]

— no splenomegaly hepatomegaly.

[signature]

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable teeth — Non-restorable teeth — Missing teeth — Replaced by dentures — Fixed Partial dentures

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

45. REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: slight [illegible] — good dentition

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result): FNA |
| ALBUMIN: NEG | D. MICROSCOPIC: FNA | |
| SUGAR: NEG | | |
| 47. SEROLOGY (Specify test used and result): FNA | 48. EKG: FNA / 49. BLOOD TYPE AND RH FACTOR: O pos | 50. OTHER TESTS: FNA |

88-120

00249

51. HEIGHT 72 | 52. WEIGHT 187 | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: ☑ SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE | 56. TEMPERATURE 98.6

57. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | SYS. 110 DIAS. 74 | B. RECUMBENT | SYS. DIAS. | C. STANDING (3 min.) | SYS. DIAS. |
|---|---|---|---|---|---|

58. PULSE (Arm at heart level)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 84 | | | | |

59. DISTANT VISION

RIGHT 20/ 400 CORR. TO 20/ 20

LEFT 20/ 400 CORR. TO 20/ 20

60. REFRACTION

BY S. CX

BY S. CX

61. NEAR VISION

CORR. TO BY

CORR. TO BY

62. HETEROPHORIA (Specify distance)

ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. PC PD CT

63. ACCOMMODATION

RIGHT LEFT

64. COLOR VISION (Test used and result) FALANT 9/9 PASS

65. DEPTH PERCEPTION (Test used and score) UNCORRECTED CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING

RIGHT WV < 5/15 SV /15

LEFT WV < 5/15 SV /15

71. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

N 16.0
W 36.0
BF% 19.1

The physical examination has been administratively reviewed for completeness and accuracy.
name rate date

IAW OPNAVINST 6110.1 this member is:
✓ 1. within weight standards; not obese
___ 2. within ... is obese
___ 3. ... not obese
___ 4. ... is obese
Member's waist measurement is ______ inches.

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

no physical defects apparent.

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

77. EXAMINEE (Check)

A. ☑ IS QUALIFIED FOR

B. ☐ IS NOT QUALIFIED FOR

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN Donald R. Reiman M.D — SIGNATURE

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) — SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS

☆U.S. GPO: 1987-181-247/60114

MANMED article 15-45 requires that all active duty Navy and Marine Corps officers undergo certain physical examinations during their period of active service. The purpose of this examination, among other things, is to detect disease processes in their incipiency, thereby permitting earlier therapy, and to maintain current medical data regarding the physical fitness of the officer concerned.

As part of this examination, the following questionnaire is to be completed by the officer at the time he takes the examination. This questionnaire is designed to assist the medical officers conducting the examination to determine whether any special investigations or procedures might be instituted in the interest of preserving the examinee's health

Please answer each question. If you are unable to answer any of the questions, please circle the question and call it to the attention of the examining doctor.

YOUR AGE: 33

THE FOLLOWING CONCERNS THE PERIOD BETWEEN YOUR LAST PHYSICAL EXAMINATION AND THIS ONE. PLACE AN "X" IN THE APPROPRIATE COLUMN.

1. HAVE YOU HAD–

| CARDIOVASCULAR: | NO | SELDOM | FREQUENT | GASTROINTESTINAL (CONTINUED): | NO | SELDOM | FREQUENT |
|---|---|---|---|---|---|---|---|
| SHORTNESS OF BREATH WITH EXERTION | / | | | DIARRHEA | / | | |
| | | | | BLOOD IN BOWEL MOVEMENT | / | | |
| ANKLE SWELLING | / | | | BLACK BOWEL MOVEMENT | / | | |
| HIGH BLOOD PRESSURE | / | | | INCREASED APPETITE | / | | |
| RAPID HEART BEAT | / | | | INCREASED THIRST | / | | |
| IRREGULAR HEART BEAT | / | | | DECREASED APPETITE | / | | |
| DIZZINESS | / | | | NAUSEA AND VOMITING | / | | |
| FAINTING SPELLS | / | | | DIFFICULTY SWALLOWING | / | | |
| CHEST PAIN OR PRESSURE | / | | | GENITOURINARY: | | | |
| LEG CRAMPS | / | | | BACK PAIN | / | | |
| RESPIRATORY: | | | | FREQUENT URINATION | / | | |
| COUGH | / | | | PAINFUL URINATION | / | | |
| COUGHED UP BLOOD | / | | | PAIN IN TESTICLES | / | | |
| HOARSENESS | / | | | BLOODY OR OTHER DISCHARGE | / | | |
| SORE THROATS | / | | | LOSS OF SEXUAL POTENCY | / | | |
| SNEEZING | / | | | MUSCULO-SKELETAL: | | | |
| HAY FEVER | / | | | ARTHRITIS | / | | |
| NOSE BLEEDS | / | | | MUSCLE PAIN OR CRAMPS | / | | |
| CHEST PAIN | / | | | PAINFUL JOINTS | / | | |
| ASTHMA OR WHEEZING | / | | | LAMENESS | / | | |
| PNEUMONIA | / | | | BACKACHES | / | | |
| GASTROINTESTINAL: | | | | WEAKNESS | / | | |
| INDIGESTION | / | | | SKIN: | | | |
| ABDOMINAL PAIN OR CRAMPS | / | | | ULCERATIONS | / | | |
| CONSTIPATION | / | | | ITCHING | / | | |

| Name (Last, first & middle) | Date of birth | Branch of Service | Service and Social Security Number |
|---|---|---|---|
| HAVENS WILLIAM R | | USNR | |

☆ U.S. GOVERNMENT PRINTING OFFICE: 1971—714-277/2251 2-1

PLATE NO. 21996(1)

00251

| | | | |
|---|---|---|---|
| FEVER | / | | |
| CHILLS | | | |
| NIGHT SWEATS | | | |
| HEADACHES | / | | |
| INSOMNIA | / | | |
| NERVOUSNESS | / | | |
| IRRITABILITY | / | | |
| MORNING TIREDNESS | / | | |
| EASY FATIGABILITY | / | | |

DO YOU HAVE OTHER ITEMS OF PHYSICAL FITNESS YOU WANT TO BRING TO THE ATTENTION OF THE MEDICAL EXAMINER?

( ) YES, IF YES, WHAT?

(✓) NO.

| 2. DO YOU HAVE OR HAVE YOU HAD RECENTLY | YES | NO |
|---|---|---|
| WEIGHT LOSS. HOW MUCH? ( ) | | ✓ |
| WEIGHT GAIN. HOW MUCH? ( ) | | / |
| MEMORY DEFECT | | ✓ |
| CHANGE IN HANDWRITING | | ✓ |
| DIFFICULTY IN WALKING IN THE DARK | | / |
| BALANCE PROBLEMS | | / |
| NUMBNESS AND TINGLING IN EXTREMITIES | | / |
| HEARING LOSS | | / |
| RINGING IN EARS | | / |
| VISION CHANGE | | / |
| DOUBLE VISION | | / |
| EARACHES | | / |
| RUNNING EARS | | / |
| NEW SKIN GROWTHS | | / |
| CHANGE IN SKIN COLOR | | / |
| TENDENCY TO BLEED OR BRUISE EASILY | | / |
| ATHLETES FOOT | | / |
| YELLOW JAUNDICE | | / |
| HEAT INTOLERANCE | | / |
| COLD INTOLERANCE | | / |
| CHANGE IN SHOE OR HAT SIZE | | / |
| LYMPH NODE ENLARGEMENT | | / |
| TUBERCULOSIS EXPOSURE | | / |
| KIDNEY STONES | | / |
| EXCESS USE OF ALCOHOL | | / |
| EXCESS USE OF TOBACCO (2 OR MORE PACKS OF CIGARETTES DAILY) | | / |

| 3. DOES YOUR FAMILY HAVE A [illegible]RY OF | | YES | NO |
|---|---|---|---|
| DIABETES | FATH[illegible] | X | |
| GOUT | | | ✓ |
| HIGH BLOOD PRESSURE | | | X |
| HEART ATTACKS | FATHER | ✓ | |
| STROKES | | | ✓ |
| CANCER | | | X |

4. WHAT MEDICATIONS DO YOU CURRENTLY TAKE?

NONE

5. HAVE YOU BEEN HOSPITALIZED OR TREATED AT SICKCALL IN THE PAST YEAR FOR WHAT YOU WOULD CONSIDER A SIGNIFICANT CONDITION? IF SO, PLEASE LIST.

NONE

6. ARE THERE OTHER FACTORS IN YOUR PHYSICAL CONDITION NOT ALREADY COVERED THAT YOU HAVE QUESTIONS ABOUT? WHAT?

NO

7. REMARKS:

DATE AND SIGNATURE

7 JAN 87 [signature]

NAVMED 6120/2 (3-71) (BACK)

PLATE NO. 21996(2) S-23010

00252

Standard Form 88
Revised 11/75
General Services Administration
Interagency Comm. on Medical Records
FPMR 101-11.806-8

# REPORT OF MEDICAL EXAMINATION

1. LAST NAME—FIRST NAME—MIDDLE NAME: HAVENS WILLIAM RICHARD
2. GRADE AND COMPONENT OR POSITION: LT / USNR 10-3
3. IDENTIFICATION NO.:
4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code):
5. PURPOSE OF EXAMINATION: TRIANNUAL PHY
6. DATE OF EXAMINATION: 16 APR 84
7. SEX: MALE
8. RACE: CAUCASIAN
9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 4 YR 1 MON; CIVILIAN
10. AGENCY:
11. ORGANIZATION UNIT: 20245 USS KISKA -AE-35
12. DATE OF BIRTH:
13. PLACE OF BIRTH: ROCHESTER, NY
14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: WIFE
15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: NRMC BRANCH CLINIC NS, M.I., VALLEJO, CA 94592
16. OTHER INFORMATION: ~~Episcopal~~ EPISCOPALIAN
17. RATING OR SPECIALTY:
TIME IN THIS CAPACITY (Total):
LAST SIX MONTHS:

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| | 31. ABDOMEN AND VISCERA (Include hernia) | ✓ |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| N.E. | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

31. loose Rt inguinal ring

#39 USCUA
scar Rt scapula

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable teeth; Non-restorable teeth; Missing teeth; Replaced by dentures; Fixed Partial dentures

RIGHT: 1 (X) 2 3 4 5 6 7 8 | 9 10 11 12 13 14 15 16 (X) LEFT
32 (X) 31 30 29 28 27 26 25 | 24 23 22 21 20 19 18 17 (X)

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

TYPE 2 EXAM
CLASS

## LABORATORY FINDINGS

45. URINALYSIS A. SPECIFIC GRAVITY 1.020
B. ALBUMIN NEG
C. SUGAR NEG
D. MICROSCOPIC ESS NEG
46. CHEST X-RAY (Place, date, film number and result): N.E.
47. SEROLOGY (Specify test used and result): RPR Non Reactive Date 11 April 84
48. EKG: N.E.
49. BLOOD TYPE AND RH FACTOR: N.E.
50. OTHER TESTS: WBC 6,100 HGB 15.2 HCT 45 N 64 L 37 E Ø B Ø M Ø



00253

MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 72 (182.88) | 185 (83.73) | BLONDE | BROWN | ☐ SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE | 98.6 |

57. BLOOD PRESSURE (Arm at heart level) — A. SITTING: SYS. 112, DIAS. 72; B. RECUMBENT: SYS. , DIAS. ; C. STANDING (3 min.): SYS. , DIAS.

58. PULSE (Arm at heart level) — A. SITTING: 74; B. AFTER EXERCISE: ; C. 2 MIN. AFTER: ; D. RECUMBENT: ; E. AFTER STANDING 3 MIN.:

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/ 400 | CORR. TO 20/ 20 | BY -3.00 | S. ∅ | CX | 20 CORR. TO NA | BY |
| LEFT 20/ 400 | CORR. TO 20/ 20 | BY -2.00 | S. ∅ | CX | 20 CORR. TO | BY |

62. HETEROPHORIA (Specify distance)

ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. CT PC PD

63. ACCOMMODATION — RIGHT LEFT

64. COLOR VISION (Test used and result) FALANT PASSED

65. DEPTH PERCEPTION (Test used and score) — UNCORRECTED / CORRECTED

66. FIELD OF VISION FULL *170°

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING — RIGHT WV /15 SV /15; LEFT WV /15 SV /15

71. ANSI 69 AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | / | 5 | 5 | 5 | 10 | 15 | 5 | / |
| LEFT | / | 10 | 5 | 5 | 20 | 15 | 20 | / |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

THE PHYSICAL EXAMINATION HAS BEEN ADMINISTRATIVELY REVIEWED FOR COMPLETENESS AND ACCURACY.

[signature] HM2 16 APR 84

SIGNATURE RATE DATE

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

31. Loose Rt. inguinal ring - ~~hernia~~ ⊖ hernia NCD

39. USLUA + scar Rt. scapula - NCD

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

77. EXAMINEE (Check)

A. ☐ IS QUALIFIED FOR Triannual and to perform all duties of his/her rank/rate at sea and on foreign shores

B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN: HILL, D.L MC — SIGNATURE: [signature]

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which): J. E. Groat Capt DC USN — SIGNATURE: [signature]

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY: HILL, D.L MC — SIGNATURE: [signature] — NUMBER OF ATTACHED SHEETS

GPO:1982-0-361-526/8097

00254

STANDARD FORM 93
REV. OCTOBER 1974
GSA FPMR 101-11.8

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| | |
|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HAVENS WILLIAM RICHARD | 2. SOCIAL SECURITY OR IDENTIFICATION NO. |
| 3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE) | 4. POSITION (title, grade, component)<br>LT O3 USNR |
| 5. PURPOSE OF EXAMINATION<br>TRI-ANNUAL<br>6. DATE OF EXAMINATION<br>16 APR 84 | 7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code)<br>NIJMC BRANCH CLINIC<br>NS, M.I., VALLEJO, CA 94592 |

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

I AM IN GOOD HEALTH AND PRESENTLY TAKING NO MEDICATIONS.
NO ALLERGIES

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ~~X~~ | X | Lived with anyone who had tuberculosis |
| ~~X~~ | X | Coughed up blood |
| ~~X~~ | X | Bled excessively after injury or tooth extraction |
| ~~X~~ | X | Attempted suicide |
| ~~X~~ | X | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| X | | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever, erysipelas | | X | | Cramps in your legs | | X | | "Trick" or locked knee |
| | X | | Rheumatic fever | | X | | Frequent indigestion | | X | | Foot trouble |
| | X | | Swollen or painful joints | | X | | Stomach, liver, or intestinal trouble | | X | | Neuritis |
| | X | | Frequent or severe headache | | X | | Gall bladder trouble or gallstones | | X | | Paralysis (include infantile) |
| | X | | Dizziness or fainting spells | | X | | Jaundice or hepatitis | | X | | Epilepsy or fits |
| | X | | Eye trouble | | X | | Adverse reaction to serum, drug, or medicine | | X | | Car, train, sea or air sickness |
| | X | | Ear, nose, or throat trouble | | | | | | X | | Frequent trouble sleeping |
| | X | | Hearing loss | | X | | Broken bones | | X | | Depression or excessive worry |
| | X | | Chronic or frequent colds | | X | | Tumor, growth, cyst, cancer | | X | | Loss of memory or amnesia |
| | X | | Severe tooth or gum trouble | | X | | Rupture/hernia | | X | | Nervous trouble of any sort |
| | X | | Sinusitis | | X | | Piles or rectal disease | | X | | Periods of unconsciousness |
| | X | | Hay Fever | | X | | Frequent or painful urination | | | | |
| | X | | Head injury | | X | | Bed wetting since age 12 | | | | |
| | X | | Skin diseases | | X | | Kidney stone or blood in urine | | | | |
| | X | | Thyroid trouble | | X | | Sugar or albumin in urine | | | | |
| | X | | Tuberculosis | ~~X~~ | X | | VD—Syphilis, gonorrhea, etc. | | | | |
| | X | | Asthma | | X | | Recent gain or loss of weight | | | | |
| | X | | Shortness of breath | | X | | Arthritis, Rheumatism, or Bursitis | | | | |
| | X | | Pain or pressure in chest | | X | | Bone, joint or other deformity | | | | |
| | X | | Chronic cough | | X | | Lameness | | | | |
| | X | | Palpitation or pounding heart | | X | | Loss of finger or toe | | | | |
| | X | | Heart trouble | | X | | Painful or "trick" shoulder or elbow | | | | |
| | X | | High or low blood pressure | | X | | Recurrent back pain | | | | |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | DON'T KNOW | |
|---|---|---|---|
| N/E. | | | Been treated for a female disorder |
| | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?
LT / USNR

14. ARE YOU (Check one)
☐ Right handed ☒ Left handed



00265

CHECK EACH ITEM YES . NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT

| | |
|---|---|
| X | Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. |
| X | B. Inability to perform certain motions. |
| X | C. Inability to assume certain positions. |
| X | D. Other medical reasons (If yes, give reasons.) |
| X | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). |
| X | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) |
| X | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) |
| X | 19. Have you ever been a patient in any type of hospitals? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) |
| X | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| X | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| X | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) |
| X | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.) |
| X | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| WILLIAM RICHARD HAVENS | William Richard Havens |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

has vision in both eyes - NCD
wears corrective lens - NCD
i) GC '81 - NCD

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| HILL, D.L. MC | 16 Apr 84 | Lt. Dickel Hill | |

REVERSE OF STANDARD FORM 93

c48—16—83501-1 U.S. GOVERNMENT PRINTING OFFICE

00258

ANMED article 15-45 requires that all active duty Navy and Marine Corps officers undergo certain physical examinations during their period of active service. The ırpose of this examination, among other things, is to detect disease processes in their incipiency, thereby permitting earlier therapy, and to maintain current medical ta regarding the physical fitness of the officer concerned.

; part of this examination, the following questionnaire is to be completed by the officer at the time he takes the examination. This questionnaire is designed to sist the medical officers conducting the examination to determine whether any special investigations or procedures might be instituted in the interest of preserving e examinee's health

ease answer each question. If you are unable to answer any of the questions, please circle the question and call it to the attention of the examining doctor.

| OUR AGE | THE FOLLOWING CONCERNS THE PERIOD BETWEEN YOUR LAST PHYSICAL EXAMINATION AND THIS ONE. PLACE AN "X" IN THE APPROPRIATE COLUMN. |
|---|---|
| 30 | |

HAVE YOU HAD–

| ARDIOVASCULAR: | NO | SELDOM | FREQUENT | GASTROINTESTINAL (CONTINUED): | NO | SELDOM | FREQUENT |
|---|---|---|---|---|---|---|---|
| SHORTNESS OF BREATH WITH EXERTION | X | | | DIARRHEA | X | | |
| ANKLE SWELLING | X | | | BLOOD IN BOWEL MOVEMENT | X | | |
| HIGH BLOOD PRESSURE | X | | | BLACK BOWEL MOVEMENT | X | | |
| RAPID HEART BEAT | X | | | INCREASED APPETITE | X | | |
| IRREGULAR HEART BEAT | X | | | INCREASED THIRST | X | | |
| DIZZINESS | X | | | DECREASED APPETITE | X | | |
| FAINTING SPELLS | X | | | NAUSEA AND VOMITING | X | | |
| CHEST PAIN OR PRESSURE | X | | | DIFFICULTY SWALLOWING | X | | |
| LEG CRAMPS | X | | | GENITOURINARY: | | | |
| ESPIRATORY: | | | | BACK PAIN | X | | |
| COUGH | X | | | FREQUENT URINATION | X | | |
| COUGHED UP BLOOD | X | | | PAINFUL URINATION | X | | |
| HOARSENESS | X | | | PAIN IN TESTICLES | X | | |
| SORE THROATS | X | | | BLOODY OR OTHER DISCHARGE | X | | |
| SNEEZING | X | | | LOSS OF SEXUAL POTENCY | X | | |
| HAY FEVER | X | | | MUSCULO-SKELETAL: | | | |
| NOSE BLEEDS | X | | | ARTHRITIS | X | | |
| CHEST PAIN | X | | | MUSCLE PAIN OR CRAMPS | X | | |
| ASTHMA OR WHEEZING | X | | | PAINFUL JOINTS | X | | |
| PNEUMONIA | X | | | LAMENESS | X | | |
| GASTROINTESTINAL: | | | | BACKACHES | X | | |
| INDIGESTION | X | | | WEAKNESS | X | | |
| ABDOMINAL PAIN OR CRAMPS | X | | | SKIN: | | | |
| CONSTIPATION | X | | | ULCERATIONS | X | | |
| | | | | ITCHING | X | | |

| Name (Last, first & middle) | Date of birth | Branch of Service | Service and Social Security Number |
|---|---|---|---|
| HAVENS WILLIAM RICHARD | | USNR | |

00267

| | | | |
|---|---|---|---|
| FEVER | X | | |
| CHILLS | | | |
| NIGHT SWEATS | X | | |
| HEADACHES | X | | |
| INSOMNIA | X | | |
| NERVOUSNESS | X | | |
| IRRITABILITY | X | | |
| MORNING TIREDNESS | X | | |
| EASY FATIGABILITY | X | | |

| | YES | NO |
|---|---|---|
| DIABETES | X | |
| GOUT | | X |
| HIGH BLOOD PRESSURE | | X |
| HEART ATTACKS | X | |
| STROKES | | X |
| CANCER | | X |

DO YOU HAVE OTHER ITEMS OF PHYSICAL FITNESS YOU WANT TO BRING TO THE ATTENTION OF THE MEDICAL EXAMINER?

( ) YES, IF YES, WHAT?

( ✓ ) NO.

| DO YOU HAVE OR HAVE YOU HAD RECENTLY | YES | NO |
|---|---|---|
| WEIGHT LOSS. HOW MUCH? ( ) | | X |
| WEIGHT GAIN. HOW MUCH? ( ) | | X |
| MEMORY DEFECT | | X |
| CHANGE IN HANDWRITING | | X |
| DIFFICULTY IN WALKING IN THE DARK | | X |
| BALANCE PROBLEMS | | X |
| NUMBNESS AND TINGLING IN EXTREMITIES | | X |
| HEARING LOSS | | X |
| RINGING IN EARS | | X |
| VISION CHANGE | | X |
| DOUBLE VISION | | X |
| EARACHES | | X |
| RUNNING EARS | | X |
| NEW SKIN GROWTHS | | X |
| CHANGE IN SKIN COLOR | | X |
| TENDENCY TO BLEED OR BRUISE EASILY | | X |
| ATHLETES FOOT | | X |
| YELLOW JAUNDICE | | X |
| HEAT INTOLERANCE | | X |
| COLD INTOLERANCE | | X |
| CHANGE IN SHOE OR HAT SIZE | | X |
| LYMPH NODE ENLARGEMENT | | X |
| TUBERCULOSIS EXPOSURE | | X |
| KIDNEY STONES | | X |
| EXCESS USE OF ALCOHOL | | X |
| EXCESS USE OF TOBACCO (2 OR MORE PACKS OF CIGARETTES DAILY) | | X |

4. WHAT MEDICATIONS DO YOU CURRENTLY TAKE?

NONE

5. HAVE YOU BEEN HOSPITALIZED OR TREATED AT SICKCALL IN THE PAST YEAR FOR WHAT YOU WOULD CONSIDER A SIGNIFICANT CONDITION? IF SO, PLEASE LIST.

NO

6. ARE THERE OTHER FACTORS IN YOUR PHYSICAL CONDITION NOT ALREADY COVERED THAT YOU HAVE QUESTIONS ABOUT? WHAT?

LUMP ON NECK

REMARKS:

HILL, D.L. MC

DATE AND SIGNATURE

VMED 6120/2 (3-71) (BACK)

00258

Standard Form 88
Revised April 1968
General Services Administration
Interagency Comm. on Medical Records
FPMR 101-11.809-3

# REPORT OF MEDICAL EXAMINATION

88-117

1. LAST NAME—FIRST NAME—MIDDLE NAME: Havens, William Richard
2. GRADE AND COMPONENT OR POSITION: ENS
3. IDENTIFICATION NO.:
4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code):
5. PURPOSE OF EXAMINATION: Navy-Comm.
6. DATE OF EXAMINATION: 7 March 80
7. SEX: Male
8. RACE: Cau.
9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY: 0 — CIVILIAN: 0
10. AGENCY:
11. ORGANIZATION UNIT:
12. DATE OF BIRTH: 26
13. PLACE OF BIRTH: Rochester, New York
14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: ~~Charles D. Havens (Father)~~ 26 Wheldon St. Scottsville N.Y. 14546
15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: AFEES INDPLS, IND.
16. OTHER INFORMATION:
17. RATING OR SPECIALTY:
TIME IN THIS CAPACITY (Total):
LAST SIX MONTHS:

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK, AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

#14. Alice L. Havens (Mother)
26 Wheldon St.
Scottsville NY 14546



WRL

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable teeth; Non-restorable teeth; Missing teeth; Replaced by dentures; Fixed Partial dentures

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: ACC (circled) UNACC

## LABORATORY FINDINGS

45. URINALYSIS: A. SPECIFIC GRAVITY
ALBUMIN: URISTIX
SUGAR: URISTIX Neg
D. MICROSCOPIC
46. CHEST X-RAY (Place, date, film number and result): 26 14" X 17" 7 Mar 80
47. SEROLOGY (Specify test used and result): RPR Neg
48. EKG
49. BLOOD TYPE AND RH FACTOR
50. OTHER TESTS: HCT — 46

00259

51. HEIGHT 70 | 52. WEIGHT 175 | 53. COLOR HAIR Brown | 54. COLOR EYES Brown | 55. BUILD: ☐ SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE | 56. TEMPERATURE

57. BLOOD PRESSURE (Arm at heart level) | 58. PULSE (Arm at heart level)

| A. SITTING | | B. RECUMBENT | | C. STANDING (3 min.) | | A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|---|---|---|---|---|---|
| SYS. 124 / DIAS. 74 | | SYS. / DIAS. | | SYS. / DIAS. | | 70 | | | | |

59. DISTANT VISION
RIGHT 20/ 400 CORR. TO 20/
LEFT 20/ 400 CORR. TO 20/ 20

60. REFRACTION
BY -3.00 S -2.00 CX
BY -3.00 S CX

61. NEAR VISION
CORR. TO J1 BY
CORR. TO J1 BY

62. HETEROPHORIA (Specify distance)
ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. PC PD
CT

63. ACCOMMODATION
RIGHT LEFT

64. COLOR VISION (Test used and result)
PIP 141 Pass

65. DEPTH PERCEPTION (Test used and score)
UNCORRECTED
CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING
RIGHT WV /15 SV /15
LEFT WV /15 SV /15

71. ANSI 1969 AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | / | 0 | 0 | 0 | 5 | 10 | 5 | / |
| LEFT | / | 5 | 5 | 0 | 5 | 5 | 10 | / |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

No disqualifying defects or communicable diseases found on physical inspection at AFEES Indpls IN

FALANT
☑ PASS
☐ FAIL

DATE ______________________ FIT/UNFIT

DATE ______________________ FIT/UNFIT

DATE ______________________ FIT/UNFIT

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)
59 Def Vison

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | 1 |

77. EXAMINEE (Check)
A. ☑ IS QUALIFIED FOR Comm.
B. ☐ IS NOT QUALIFIED FOR ~~ENLISTMENT~~

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | X | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE

80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY
LOUIS CUSCO, M.D. | SIGNATURE [signature] | NUMBER OF ATTACHED SHEETS

Havens, William R.

U.S. GOVERNMENT PRINTING OFFICE: 823-533

US AFPP OTHER 9 77

HEARING THRESHOLD LEVEL dB 90 80 70 60 50 40 30 20 0 6000
52 & QUIN, INC.

00280

# REPORT OF MEDICAL EXAMINATION

1. LAST NAME—FIRST NAME—MIDDLE NAME: HAVENS WILLIAM RICHARD

2. GRADE AND COMPONENT OR POSITION: LCDR - USNR (TAR)

3. IDENTIFICATION NO.:

4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code):

5. PURPOSE OF EXAMINATION: QUINT/SEP RET/ANN (circled: ANN)

6. DATE OF EXAMINATION: 3 MAY 94

7. SEX: M

8. RACE: CAU

9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY: 14 — CIVILIAN:

10. AGENCY: USN

11. ORGANIZATION UNIT: NAVRESREDCOM REG TEN

12. DATE OF BIRTH:

13. PLACE OF BIRTH: ROCHESTER NY

14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: WIFE

15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: NMCL NSA New Orleans, LA 70142

16. OTHER INFORMATION:

17. RATING OR SPECIALTY:

TIME IN THIS CAPACITY (Total):

LAST SIX MONTHS:

## CLINICAL EVALUATION

(Check each item in appropriate column, enter "NE" if not evaluated.)

| NORMAL | ITEM | ABNORMAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (INTERNAL CANALS) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| | 32. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Prostate, if indicated) | ✓ |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

# 32 VISUAL INSPECTION: NORMAL/~~ABNORMAL~~ Hemorrhoid
DIGITAL INSPECTION: NORMAL/ABNORMAL (circled: NORMAL)
HEMOCULT: ~~NEGATIVE~~/POSITIVE (circled: NEGATIVE)

#39 MARKS AND SCARS
1. Back
2.

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Examples: Restorable Teeth; Non-restorable teeth; Missing Teeth; Replaced by Dentures; Fixed Partial dentures

| RIGHT | 1 (X) | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 (X) | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 (X) | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 (X) | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES:
CLASS: 2
TYPE: II
QUAL: (YES) OR ~~NO~~

## LABORATORY FINDINGS

45. URINALYSIS: A. SPECIFIC GRAVITY 1.015
B. ALBUMIN NEG
C. SUGAR NEG
D. MICROSCOPIC NEG

46. CHEST X-RAY (Place, date, film number and result): NR

47. SEROLOGY (Specify test used and result):
TEST 19 APR 94
RESULT NONREACTIVE

48. EKG: NSR Borderline 1° AVB

49. BLOOD TYPE AND RH FACTOR: O+

50. OTHER TESTS:
HIV: NEG
WBC: 6.5 RBC: 4.75 Hgb: 16.0 HCT: 45.7
CHOL: 165 HDL: 32 FBS: 99 TRIG: 138

NSN 7540-00-634-4038
88-122



00261

SLENDER ☒ MED. ☐ HEAVY ☐ OBESE 97

58. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | B. RECUMBENT | C. STANDING (5 min.) |
|---|---|---|
| SYS. 114 DIAS. 72 | SYS. NA DIAS. NA | SYS. NA DIAS. NA |

PULSE (Arm at heart level)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 72 | NA | NA | NA | NA |

59. DISTANT VISION

RIGHT 20/ CORR. TO 20/ 20

LEFT 20/ CORR. TO 20/ 15

60. REFRACTION

BY S. CX

BY S. CX

61. NEAR VISION

CORR. TO BY

CORR. TO BY

62. HETEROPHORIA (Specify distance)

ES* EX* R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

63. ACCOMMODATION

RIGHT LEFT

64. COLOR VISION (Test used and result) PIP 14/15 Passed

65. DEPTH PERCEPTION Test used and score) UNCORRECTED CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

71. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | 00 | 00 | 00 | 15 | 15 | 20 | |
| LEFT | | 00 | 00 | 05 | 20 | 15 | 25 | |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

"I have been informed of and understand the provisions of article 15-29 of the Manual of the Medical Department."

N/A

THIS PHYSICAL EXAMINATION HAS BEEN ADMINISTRATIVELY REVIEWED FOR COMPLETENESS AND ACCURACY.

HM3 B. [signature] 3 MAY 94

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

77. EXAMINEE (Check)

A. ☒ IS QUALIFIED FOR Active PQ FOR Duty AND TO PERFORM THE DUTIES OF HIS/HER RANK/RATE AT SEA AND ON FOREIGN SHORES

B. ☐ IS NOT QUALIFIED FOR

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN M. E. POHLOD LT MC USNR SIGNATURE [signature]

80. TYPED OR PRINTED NAME OF PHYSICIAN SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) LT P. J Munley SIGNATURE [signature] DC USN

82. TYPED OR PRINTED NAME OR REVIEWING OFFICER OR APPROVING AUTHORITY SIGNATURE NUMBER OF ATTACHED SHEETS

*U.S. Government Printing Office: 1991 — 281-782/40135



00262

ENTER NEW PATIENT
INFORMATION? YES/NO

ENTER PATIENT

READY TO START TEST
PRESS [RUN TEST]

ENTER NEW PATIENT
INFORMATION? YES/NO

ENTER PATIENT

READY TO START TEST
PRESS [RUN TEST]

TRACOR INSTRUMENTS
AUSTIN, TEXAS
DATE 04 14 94
TIME 09:53

SUBJECT:

X.................

CURRENT AUDIOGRAM

| FREQ. | L/DB | R/DB |
|---|---|---|
| 1KHZ TEST | 00 | 00 |
| 500HZ | 00 | 00 |
| 1000HZ | 00 | 00 |
| 2000HZ | 05 | 00 |
| 3000HZ | 20 | 15 |
| 4000HZ | 15 | 15 |
| 6000HZ | 25 | 20 |
| 8000HZ | 15 | 00 |
| AV 234 | 13 | 10 |

MODE PULSED

...400 SER#.4609
...SION 4.4
... ANSI 1969 STD

...TE 07...
...R ID...

MEASUREMENTS ...

| ...LOR HAIR | 54. COLOR EYES | 55. |
|---|---|---|
| Blonde | Brown | |

...t level) 58.

C STANDING (5 min.) SYS NA DIAS. A. SITTING 72-

60. REFRACTION

BY S.

BY S.

...H. L.H. P

64. COLOR VISION (Test used and result) PIP 14/14 P

67. NIGHT VISION (Test used and score)

71 AUDIOMET...

| /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 |
|---|---|---|---|---|---|
| /15 | RIGHT | / | 00 | 00 | 00 |
| | LEFT | / | 00 | 00 | 05 |

...lerstand ... the ...nt."

HISTORY

...IAS BEEN
FOR
Y.

3 MAY 94 (Use additio...

...agnoses with item numbers)

...XAMINATIONS INDICATED (Specify)

PQ FOR Duty
AND TO PERFORM THE DUTIES OF
RANK/RATE AT SEA AND ON FORE...

...EFECTS BY ITEM NUMBER

...IAN M. E. POHLOD
LT MC USNR

...HYSICIAN

...OF DENTIST OR PHYSICIAN (indicate which)

Murley

...AME OR REVIEWING OFFICER OR APPROVING AUTHORITY

...rinting Office: 1991 — 281-782/40135

00263

PRIVACY ACT STATEMENT

AUTHORITY: 10 USC 1145, EO 9397.
PRINCIPAL PURPOSE: To be used by the Medical Services to provide a comprehensive medical assessment for active and reserve component service members separating or retiring from active duty.
ROUTINE USES: A copy of this form will be released to the Department of Veterans Affairs.
DISCLOSURE: Voluntary; however, failure to disclose the requested personal information may result in delay in processing any disability claim.

SECTION I - TO BE COMPLETED BY SERVICE MEMBER. Any service member who requests a physical examination may have one.

1. NAME (Last, First, Middle): HAVENS WILLIAM RICHARD
2. SOCIAL SECURITY NUMBER:
3. RANK: LCDR/04
4. COMPONENT: USNR
5. UNIT OF ASSIGNMENT: NAVAL RESERVE READINESS CENTER S.F.
6a. HOME STREET ADDRESS (Or RFD, including apartment number):
b. CITY: OAKLAND
c. STATE: CA
d. ZIP CODE: 94605
7. HOME TELEPHONE NUMBER (Include area code):
8. DATE OF LAST PHYSICAL EXAMINATION BY THE MILITARY (YYMMDD): 960605
9. DATE ENTERED ON CURRENT ACTIVE DUTY (YYMMDD): 800320

10. COMPARED TO MY LAST MEDICAL ASSESSMENT/PHYSICAL EXAMINATION, MY OVERALL HEALTH IS (X one. If "Worse," explain.)
- [X] THE SAME
- [ ] BETTER
- [ ] WORSE

11. SINCE YOUR LAST MEDICAL ASSESSMENT/PHYSICAL EXAMINATION, HAVE YOU HAD ANY ILLNESSES OR INJURIES THAT CAUSED YOU TO MISS DUTY FOR LONGER THAN 3 DAYS? (X one. If "Yes," explain.)
- [X] NO
- [ ] YES

12. SINCE YOUR LAST MEDICAL ASSESSMENT/PHYSICAL EXAMINATION, HAVE YOU BEEN SEEN BY OR BEEN TREATED BY A HEALTH CARE PROVIDER, ADMITTED TO A HOSPITAL, OR HAD SURGERY? (X one. If "Yes," explain.)
- [X] NO
- [ ] YES

13. HAVE YOU SUFFERED FROM ANY INJURY OR ILLNESS WHILE ON ACTIVE DUTY FOR WHICH YOU DID NOT SEEK MEDICAL CARE? (X one. If "Yes," explain.)
- [X] NO
- [ ] YES

14. ARE YOU NOW TAKING ANY MEDICATIONS? (X one. If "Yes," list medications.)
- [ ] NO PREDNISONE
- [X] YES DAYPRO

15. DO YOU HAVE ANY CONDITIONS WHICH CURRENTLY LIMIT YOUR ABILITY TO WORK IN YOUR PRIMARY MILITARY SPECIALTY OR REQUIRE GEOGRAPHIC OR ASSIGNMENT LIMITATIONS? (X one. If "Yes," explain.)
- [X] NO
- [ ] YES

16. DO YOU HAVE ANY DENTAL PROBLEMS? (X one. If "Yes," explain.)
- [X] NO
- [ ] YES

17. DO YOU HAVE ANY OTHER QUESTIONS OR CONCERN ABOUT YOUR HEALTH? (X one. If "Yes," explain.)
- [X] NO
- [ ] YES

18. AT THE PRESENT TIME, DO YOU INTEND TO SEEK DEPARTMENT OF VETERANS AFFAIRS (VA) DISABILITY? (X one. If "Yes," list conditions for which you will ask for VA Disability.)
- [ ] NO
- [X] YES PSORIATIC ARTHRITIS
- [ ] UNCERTAIN PSORIASIS

19. CERTIFICATION. I certify that the information provided above is true and complete to the best of my knowledge.
a. SIGNATURE OF SERVICE MEMBER: William R Havens
b. DATE SIGNED: 5 Jun 96

DD FORM 2697, FEB 95

00264

This Report of Medical Assessment [illegible] be used by the Medical Services to provide a co[illegible]ensive medical assessment for active and reserve component service members [illegible]ing or [illegible] active duty. The assessment [illegible] cover, at a minimum, the period since the service member's last medical assessm[illegible] physical examination, or the period of this call or [illegible] to active duty. Any service member who requests a physical examination may have one. Any service member who has indicated "yes" to Item 18 will have an appropriate physical examination, if the last examination is more than 12 months old and/or there are new signs and/or symptoms. If the service member answers "Worse" to Item 10 or "Yes" to Items 11, 12, or 14 through 18, documentation of the injury, illness, or problem should be included in the service member's medical or dental record.

**20. HEALTH CARE PROVIDER COMMENTS** *(All patient complaints must be addressed)*

Physical Exam consistent with psoriasis, psoriatic Arthritis.

**21. WAS PATIENT REFERRED FOR FURTHER EVALUATION?** *(X one. If "Yes," specify where.)*

[ ] NO
[X] YES Referred to Rheumatology @ David Grant Medical Center, Travis AFB

**22. PURPOSE OF ASSESSMENT** *(X one. If "Other," explain.)*

[ ] SEPARATION *(Includes discharge from military service and release from active duty, including release of National Guard and Reserve personnel voluntarily or involuntarily called or ordered to active duty.)*
[X] RETIREMENT
[ ] OTHER

| 23. MEDICAL FACILITY | 24. DATE OF ASSESSMENT (YYMMDD) |
|---|---|
| BRANCH MEDICAL CLINIC TREASURE ISLAND | 960627 |

**25. HEALTH CARE PROVIDER**

| a. NAME (Last, First, Middle Initial) | b. GRADE/RANK | c. SIGNATURE |
|---|---|---|
| K. L. CRAIG<br>LT MC USNR<br>4G2379/2105 | | [signature] |

NONE



HOBBIES & ACTIVE SPORTS (Past & present, such as painting, woodworking, scuba diving, etc.

RUNNING / SWIMMING / SCUBA

| | | |
|---|---|---|
| RUNNING | ONGOING | |
| SWIMMING | ONGOING | |
| SCUBA | 78 | 80 |

WORK-RELATED EXPERIENCES, COMMENT ON (Those you feel may have been harmful to your health)

NONE

PART II - RESPIRATORY SYMPTOMS

Since your last examination or visit to the doctor, have you experienced any of the following?

| SYMPTOM | YES | NO | NOT SURE | SYMPTOM | YES | NO | NOT SURE |
|---|---|---|---|---|---|---|---|
| a. Cough | | ✓ | | h. Expectoration (Phlegm) | | X | |
| b. Fever | | X | | i. Stufty nose | | X | |
| c. Chills | | X | | j. Eyes burning or watering | | X | |
| d. Muscle aches | | X | | k. Throat sore or burning | | X | |
| e. Shortness of breath | | X | | l. Loss of Appetite | | X | |
| f. Chest pains, aching tightness, burning | | X | | m. Weight loss | | X | |
| g. Wheezing | | X | | | | | |
| Do you smoke cigarettes cigars or pipe | | X | X | How old were you when you began to smoke cigarettes, cigars or pipe? | | | |

Number of cigarettes, cigars or pipefuls smoked daily, give best estimate ( a pack contains 20 cigarettes)

_____Cigarettes/Day _____Cigars/Day _____Pipefuls/Day

BASED ON A REVIEW OF THIS COMPLETED MEDICAL SURVEILLANCE QUESTIONAIRE, PLACEMENT INTO THE .M.S.P. IS:

___ RECOMMENDED

✓ NOT RECOMMENDED

DATE

REVIEWING MEDICAL DEPARTMENT OFFICAL

[signature]

DAVID E. HICKS
HMC (SW) USN