IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM HAVENS<br>Plaintiff, | )<br>) | NO: 07-780 C |
| | ) | (Chief Judge Damich) |
| VERSUS | )<br>) | |
| THE UNITED STATES OF AMERICA<br>Defendant. | )<br>)<br>) | |

**MOTION TO AMEND AND CORRECT DOC. 15 AND SUBSTITUTE A NEW PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 12(B)(1) MOTION TO DISMISS**

NOW Comes before the honorable court plaintiff William Havens, via undersigned counsel, who moves the court to allow him to amend and correct document number 15 by substituting the attached document.

In reading *Martinez v. United States*, 333 F.3d 1295 (Fed. Cir. 2003), counsel for plaintiff misread the status of Mr. Martinez and based on that misreading filed an argument that is not correct in fact or law. Counsel for defendant agrees that there is an obvious and patent error in Document 15 and has no opposition to this Motion to Amend and Correct.

WHEREFORE, plaintiff moves that the court allow him to Amend and Correct document 15 and substitute the enclosed opposition in its stead.

Respectfully Submitted,
/s/ John B. Wells

John B. Wells
Attorney for the Plaintiff
LA Bar #23970
Post Office Box 5235
Slidell, LA 70469-5235 (mail)
769 Robert Blvd, Suite 201D
Slidell, LA 70458 (physical)
985-641-1855
985-649-1536 (fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that the enclosed pleading was served via the court's CM/ECF system on all counsel by this 13th day of June 2008.

/s/ John B. Wells
John B. Wells