IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM HAVENS | ) | NO: 07-780 C |
| Plaintiff, | ) | |
| | ) | (Chief Judge Damich) |
| VERSUS | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Comes now for consideration plaintiff's Motion to Amend and Correct, the court being of the opinion that it should be granted,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's Motion to Amend and Correct is granted and that the enclosed document be filed by the Clerk as a substitute for Document No. 15.

Washington DC, this _____ day of ______________, 2008.

_____________________________
JUDGE