IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM HAVENS<br>Plaintiff,<br><br>VERSUS<br><br>THE UNITED STATES OF AMERICA<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 07-780 C<br><br>(Chief Judge Damich) |

**UNOPPOSED MOTION TO AMEND AND CORRECT DOC. 19**

NOW Comes before the honorable court plaintiff William Havens, via undersigned counsel, who moves the court to allow him to amend and correct document number 19 by substituting the attached document.

A typographic error in document 19 indicated the date of service was 7 June 2007. In fact the date of service was 11 July 2007. The attached document correctly reflects the service date. The Dpeartent of Justice has been contacted and has no opposition to this motion

WHEREFORE, plaintiff moves that the court allow him to Amend and Correct document 19 and substitute the enclosed memorandum in its stead.

Respectfully Submitted,
/s/ John B. Wells
John B. Wells
Attorney for the Plaintiff
LA Bar #23970
Post Office Box 5235
Slidell, LA 70469-5235 (mail)
769 Robert Blvd, Suite 201D
Slidell, LA 70458 (physical)
985-641-1855
985-649-1536 (fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that the enclosed pleading was served via the court's CM/ECF system on all counsel by this 14th day of July 2008.

/s/ John B. Wells
John B. Wells