IPAR [redacted] . NEOPS MEMBER'S ANNIVERSARY SUMMARY
HAVENS WILLIAM RICHARD O CAREER 6274 20YR 00M 00D

| FROM | TO | WHY | DR/FD | COURSE | GRAT | INAC | AT/ADT | ACTIVE | TOTAL | SATISFACTORY |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/80 | 3/19/81 | 0 | 0 | 0 | 15 | 15 | 0 | 363 6 | 365 | 1YR 00M 00D |
| 3/20/81 | 3/19/82 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/82 | 3/19/83 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/83 | 3/19/84 | 0 | 0 | 0 | 15 | 15 | 0 | 366 6 | 366 | 1YR 00M 00D |
| 3/20/84 | 3/19/85 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/85 | 3/19/86 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/86 | 3/19/87 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/87 | 3/19/88 | 0 | 0 | 0 | 15 | 15 | 0 | 366 6 | 366 | 1YR 00M 00D |
| 3/20/88 | 3/19/89 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/89 | 3/19/90 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/90 | 3/19/91 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/91 | 3/19/92 | 0 | 0 | 0 | 15 | 15 | 0 | 366 6 | 366 | 1YR 00M 00D |
| 3/20/92 | 3/19/93 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/93 | 3/19/94 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/94 | 3/19/95 | 0 | 0 | 0 | 15 | 15 | 0 | 365 6 | 365 | 1YR 00M 00D |
| 3/20/95 | 3/19/96 | 0 | 0 | 0 | 15 | 15 | 0 | 366 6 | 366 | 1YR 00M 00D |
| 3/20/96 | 3/19/97 | 0 | 28 | 0 | 15 | 43 | 0 | 165 6 | 208 | 1YR 00M 00D |
| 3/20/97 | 3/19/98 | 0 | 46 | 0 | 15 | 61 | 18 | 0 | 79 | 1YR 00M 00D |
| 3/20/98 | 3/19/99 | 0 | 44 | 0 | 15 | 59 | 0 | 0 | 59 | 1YR 00M 00D |
| 3/20/99 | 3/19/00 | 0 | 36 | 0 | 15 | 51 | 0 | 0 | 51 | 1YR 00M 00D |
| 3/20/00 | 3/19/01 | 0 | 4 | 0 | 15 | 19 | 0 | 0 | 19 | 0YR 00M 00D |
| 3/20/01 | 2/28/02 | 9 | 0 | 0 | 14 | 14 | 0 | 0 | 14 | 0YR 00M 00D |

PUT CURSOR ENTER=DETAIL F1=END F3=NOTE F6=PERSONAL F7=UP F8=DOWN